AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For The District of Columbia

THOMAS FORTUNE FAY
2048 MERRIFIELDS DRIVE
SILVER SPRING, MD. 20906, PLAINTIFF

V.

STEVEN R. PERLES
1734 KENYON ST. NW
WASHINGTON, DC 20007

AND

GREENBERG TRAURIG, LLP
800 CONNECTICUT AV. NW #500
WASHINGTON, D.C. 20006

**SUMMONS IN A CIVIL CASE**

CASE NUM

CASE NUMBER   1:05CV01209

JUDGE: Paul L. Friedman

DECK TYPE: General Civil

DATE STAMP: 06/20/2005

TO: (Name and address of Defendant)

STEVEN R. PERLES
1754 KENYON ST. NW
WASHINGTON, DC 20007

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOAN W. KARR
KARR & ALLISON, P.C.
1920 N ST. NW SUITE 300
WASHINGTON, DC 20036

in answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

_____
DEPUTY CLERK

JUN 2 0 2005

DATE

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 6/21/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| John Eicher | Investigator |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Josh Perles, assistant
Stated he had authority to accept summons

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $50.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/21/05
Date

Signature of Server: John R. Eicher

Address of Server: 16082 Sheringham Way, Gainesville VA 20155

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.