UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS FORTUNE FAY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEVEN R. PERLES, )<br>)<br>and )<br>)<br>GREENBERG TAURIG LLP, )<br>)<br>Defendants. )<br>) | Case Number 1:05CV01209 (PLF) |

STIPULATION FOR EXTENSION OF TIME

The parties hereto stipulate that the Defendants shall answer or otherwise plead on or before August 17, 2005.

For Plaintiff Thomas Fortune Fay, Esq.:

*/s/ John W. Karr by Eric C. Rowe w/ permission*
John W. Karr, 57430
Karr & Allison, P.C.
1920 N Street, N.W.
Washington, D.C. 20036
(202) 331-7600 (phone)
(202) 293-3999 (fax)

For Defendant Greenberg Traurig LLP:

*/s/ Eric C. Rowe*
Eric C. Rowe, 466182
Geoffrey J. Greeves, 463035
Greenberg Traurig LLP
800 Connecticut Avenue, N.W.
Washington, D.C. 20006
(202) 331-3100 (phone)
(202) 331-3101 (fax)
email: greevesg@gtlaw.com

For Defendant Steven R. Perles:

*/s/ Steven R. Perles by Eric C. Rowe w/ permission*
Steven R. Perles (by Eric C. Rowe)
1146 19th Street, N.W.
Washington, D.C. 20036
(202) 955-9055
(202) 955-3806

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Stipulation for Extension of Time was served upon the following by first-class mail, postage prepaid, and by email:

John W. Karr, Esq.
Karr & Allison
Suite 300
1920 N Street, N.W.
Washington, D.C. 20036
jwkarr@msn.com

Steven R. Perles
Fifth Floor
1146 19th Street, N.W.
Washington, D.C. 20036
sperles@perleslaw.com

_____
Eric C. Rowe