UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS FORTUNE FAY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEVEN R. PERLES,<br><br>　　and<br><br>GREENBERG TRAURIG LLP,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)   Case Number 1:05CV01209 (PLF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING EXTENSION OF TIME TO
ANSWER OR OTHERWISE PLEAD**

Pursuant to the stipulation of the parties, the time in which Defendants must answer or otherwise plead is hereby extended to and including August 17, 2005.

This the ___ day of July, 2005.

_____
The Honorable Paul L. Friedman
United States District Judge

Copies to:

John W. Karr, Esq.
Karr & Allison
Suite 300
1920 N Street, N.W.
Washington, D.C., 20036

Steven R. Perles
Fifth Floor
1146 19th Street, N.W.
Washington, D.C. 20036

Eric C. Rowe, Esq.,
Greenberg Traurig LLP
800 Connecticut Avenue, N.W.
Washington, D.C. 20006