UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS FORTUNE FAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number 1:05CV01209 (PLF) |
| | ) |
| STEVEN R. PERLES, | ) |
| | ) |
| and | ) |
| | ) |
| GREENBERG TAURIG, LLP, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF ENTRY OF APPEARANCE**

To the Clerk of the Court:

    Please enter the appearance of the undersigned counsel as counsel of record for *Defendant Steven R. Perles* in the above-captioned matter:

              Douglas M. Bregman, # 218354
              Edward P. Henneberry, # 456202
              Bregman, Berbert, Schwartz & Gilday, LLC
              7315 Wisconsin Avenue
              Suite 800 West
              Bethesda, Maryland 20814
              (301) 656-2707
              email: thenneberry@bregmanlaw.com

                                                Respectfully submitted,

                                                BREGMAN, BERBERT, SCHWARTZ & GILDAY, LLC

                                                _____/s/_____
                                                Douglas M. Bregman, # 218354
                                                Edward P. Henneberry, # 456202
                                                Bregman, Berbert, Schwartz & Gilday, LLC
                                                7315 Wisconsin Avenue
                                                Suite 800 West
                                                Bethesda, Maryland 20814
                                                (301) 656-2707
                                                *Counsel for Defendant Steven R. Perles*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Entry of Appearance was served upon the following by first-class mail, postage prepaid, and by email:

Eric C. Rowe, Esq.
Greenberg Traurig, LLP
800 Connecticut Avenue, N.W.
Washington, D.C.  20006
rowee@gtlaw.com

John W. Karr, 57430
Karr & Allison, P.C.
1920 N Street, N.W.
Washington, D.C.  20036
(202) 331-7600 (phone)
(202) 293-3999 (fax)

                                            _____/s/_____
                                            Edward P. Henneberry