UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THOMAS FORTUNE FAY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number 1:05CV01209 (PLF) |
| ) | |
| **STEVEN R. PERLES,** ) | |
| ) | |
| and ) | |
| ) | |
| **GREENBERG TRAURIG, LLP,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE
TO THE COMPLAINT**

The parties hereto move this Court to grant the Defendants an extension of time until on or before **September 7, 2005**, to answer or otherwise respond to the Complaint. All parties to this action consent to the relief requested herein.

For Plaintiff Thomas Fortune Fay, Esq.:     For Defendant Greenberg Traurig, LLP:


_____/s/_____          _____/s/_____
John W. Karr, # 57430                  Eric C. Rowe, # 466182
Karr & Allison, P.C.                   Geoffrey J. Greeves, # 463035
1920 N Street, N.W.                    Greenberg Traurig LLP
Washington, D.C. 20036                 800 Connecticut Avenue, N.W.
(202) 331-7600 (phone)                 Washington, D.C. 20006
(202) 293-3999 (fax)                   (202) 331-3100 (phone)
                                       (202) 331-3101 (fax)
                                       email: greevesg@gtlaw.com

        For Defendant Steven R. Perles:

        _____/s/_____
        Douglas M. Bregman, # 218354
        Edward P. Henneberry, # 456202
        Bregman, Berbert, Schwartz & Gilday, LLC
        7315 Wisconsin Avenue
        Suite 800 West
        Bethesda, Maryland 20814
        (301) 656-2707
        email: thenneberry@bregmanlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Consent Motion for Extension of Time to Answer was served upon the following by first-class mail, postage prepaid, and by email:

Eric C. Rowe, Esq.
Greenberg Traurig, LLP
800 Connecticut Avenue, N.W.
Washington, D.C. 20006
rowee@gtlaw.com

John W. Karr, 57430
Karr & Allison, P.C.
1920 N Street, N.W.
Washington, D.C. 20036
(202) 331-7600 (phone)
(202) 293-3999 (fax)

        _____/s/_____
        Edward P. Henneberry