UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS FORTUNE FAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number 1:05CV01209 (PLF) |
| | ) |
| STEVEN R. PERLES, | ) |
| | ) |
| and | ) |
| | ) |
| GREENBERG TAURIG LLP, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER GRANTING EXTENSION OF TIME TO
ANSWER OR OTHERWISE PLEAD**

Pursuant to the Consent Motion of the parties, the time in which Defendants must answer or otherwise file a response to the Complaint is hereby extended to and including September 7, 2005.

This _____ day of August, 2005.

_____
The Honorable Paul L. Friedman
United States District Judge

Copies to:

John W. Karr, Esq.
Karr & Allison
Suite 300
1920 N Street, N.W.
Washington, D.C. 20036

Douglas M. Bregman, Esq.
Edward P. Henneberry, Esq.
Bregman, Berbert, Schwartz & Gilday, LLC
7315 Wisconsin Avenue
Suite 800 West
Bethesda, MD 20814

Eric C. Rowe, Esq.
Greenberg Traurig, LLP
800 Connecticut Avenue, N.W.
Washington, D.C. 20006

F:\Home\THenneberry\Perles, Steven\Pleadings\Order Granting Extension of Time to Answer.doc