IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THOMAS F. FAY** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil No. 1:05CV01209 |
| | ) |
| **STEVEN R. PERLES,** | ) |
| | ) |
| and | ) |
| | ) |
| **GREENBERG TRAURIG, LLP,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

UPON CONSIDERATION of Defendant Steven R. Perles' Motion for Summary Judgment or, in the Alternative, to Dismiss the Complaint ("Motion"), it is this _____ day of _____, 2005,

**ORDERED**, that Defendant Perles is granted summary judgment with respect to all of Plaintiff's claims because, as previously determined by this Court in its August 29, 2005 Memorandum Opinion and Order entered in the matter known as *Perles, P.C. v. Kagy*, Civil No. 01-0105 (AK) (D.D.C. 2001), Plaintiff was given an opportunity to litigate the issues and claims raised herein, but failed to do so, and, therefore, he is barred under the doctrines of collateral estoppel and res judicata from bringing these claims against Defendant Perles in the present lawsuit; or, alternatively, it is

**ORDERED**, that pursuant to Rules 12(b)(6) and 17(a) of the Federal Rules of Civil Procedure, Plaintiff's Complaint is **DISMISSED** he is not the real party in interest entitled to maintain the present lawsuit; and, it is further

**ORDERED**, that pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, Plaintiff's Complaint is **DISMISSED** because this Court lacks jurisdiction over the subject matter of this lawsuit because all the parties are domiciled in the District of Columbia; and, it is further

**ORDERED**, that pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, Plaintiff's Complaint is **DISMISSED** because he has failed to plead allegations and claims with specificity. Plaintiff lumps all the Defendants together under each cause of action set forth in his Complaint, and, in doing so, fails to identify the particular role played by each Defendant in committing the alleged conduct. Such a manner of pleading is improper because the Federal Rules of Civil Procedure require plaintiffs to provide defendants with notice of the precise claims raised against them.

_____
The Honorable Paul L. Friedman
United States District Court Judge

Copies to:

John W. Karr, Esq.
Karr & Allison
Suite 300
1920 N Street, N.W.
Washington, D.C. 20036
*Counsel for Plaintiff*

Eric C. Rowe, Esq.
Geoffrey J. Greeves, Esq.
Greenberg Traurig, LLP
800 Connecticut Avenue, N.W.
Washington, D.C. 20006
*Counsel for Defendant Greenberg Traurig, LLP*

Douglas M. Bregman
Edward P. Henneberry
Bregman, Berbert, Schwartz & Gilday, LLC
7315 Wisconsin Avenue
Suite 800 West
Bethesda, Maryland 20814
*Counsel for Defendant Steven R. Perles*