

Careers | Terms of Use | Services | Products | Contact Us | About Us | Site Info | Home | Quick

**Lawyer Locator**
Search Lawyer Locator
 By Lawyer
  By Location/Area of Practice
  By Industry/Practice Groups
  By Firm
  By Corporate Law Departments
  By US Government
  By US Law Faculty
Join the Legal Network
Request a Listing
About Lawyer Locator

**Legal Articles**
**Dispute Resolution**
**Legal Personnel**
**Legal Careers**
**Professional Resources**
**Customer Service**
**Experts and Services**





Search over 50,000 experts and other essential services for law firms
LexisNexis·
Martindale-Hubbell·

More resources...
 *lawyers.com*[sm]
 **Peer Review Ratings**[SM]
 **Practice Development Center**
 **Counsel to Counsel Forums**
 **corporate.martindale.com**
 **eAttorney**
 **LexisNexis**[TM]
 **LawCommerce.com**[SM]
 **LawyerLocator.Co.Uk**
 **Anwalt24.de**
 **martindale.co.il**

Search the Lawyer Locator

New Search

**Thomas Fortune Fay**
Thomas Fortune Fay, P.C.
Washington, District of Columbia

AV Peer Review Rated

Born 1940; Admitted 1967; University of Notre Dame, A.B.; Rutgers University, J.D.

New Search

▲ top

Lawyer Locator | Legal Articles | Dispute Resolution | Experts and Services
Legal Personnel | Legal Careers | Professional Resources | Customer Service

Home | Contact Us | About Us | Site Info | Products | Services
Media Room | Banner Sponsorships

Copyright | Terms & Conditions | Privacy Policy



EXHIBIT
A

# THOMAS FORTUNE FAY, PA

Attorney at Law
601 Pennsylvania Avenue, NW
#900 – South Building
Washington, DC 20004
Tel. 202/638-4534
Fax 202/589-1721
ThomasFay@aol.com

May 19, 2005

Steven R. Perles, Esq.
1146 Nineteenth St., NW
Suite 500
Washington, DC 20036

Steven M. Schneebaum, Esq.
800 Connecticut Avenue, NW
Suite 500
Washington, DC 20006

Re:  Perles v. Kagy

Gentlemen:

    I understand that an Order has been entered in the above action, nunc pro tunc April 20, 2005, finally resolving all remaining issues in the District Court and entering judgment for Ms. Kagy. Let me note that the lien asserted by Ms. Kagy was upon the proceeds from the Flatow and Eisenfeld cases, not upon the Perles share. On that basis I agreed to deduct $2,000,000.00 from the Fay and Perles joint net proceeds to cover the amount of the asserted lien. Obviously a number of issues remain open including the question of whether the entire amount being held is subject to enforcement upon any judgment entered against Steve Perles, but not against me.

    This case is not of assistance to us in solving our problems in the litigation we have filed against terrorist nations. If at all possible, it should come to an end now. I would suggest that we meet immediately to discuss the means by which this matter might be brought to closing curtain. In the meantime, I do not consent to deposit of the Thomas Fortune Fay share as security upon any appeal bond or as security in the Court of Appeals.

Very truly yours,

Thomas Fortune Fay

TFF/pc