**Application for Payment by the family of Sara Duker,**
*in re: Eisenfeld and Duker v. Islamic Republic of Iran*

STEVEN R. PERLES, P.C.
Steven R. Perles (#326975)
1615 New Hampshire Ave., N.W. Ste. 200
Washington, D.C. 20009
(202) 745-1300
(202) 745-1858 *facsimile*

THOMAS FORTUNE FAY, P.C.
Thomas Fortune Fay (#23929)
601 Pennsylvania Ave., N.W., Ste. 900
Washington, D.C. 20004
(202) 638-4534

*Counsel for the family of Sara Duker*

EXHIBIT C

**Steven R. Perles, P.C.**
*A Professional Corporation*

1615 New Hampshire Ave., N.W.
Suite 200
Washington, D.C. 20009

*Telephone* 202.745.1300
*Facsimile* 202.745.1858

28 November 2000

Rochelle E. Stern
Office of Foreign Assets Control
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W., Annex, Second Floor
Washington, D.C. 20220

Application for Payment, *in re: Eisenfeld and Duker* v. *Islamic Republic of Iran,*

Dear Ms. Stern:

    Together with Thomas Fay, Esq., this office represents the family of Sara Duker. On behalf of the Duker family, application is hereby made for payment pursuant to Public Law No. 106-386 (Section 2002). Serving in my capacity as attorney and trustee for the family, I am the designated payee.

    The Duker family "elect[s] to receive 100 percent of compensatory damages and such amounts as are necessary to pay post judgment interest under 28 U.S.C. 1961." No sanctions were awarded in this matter.

    The attached information fills each of the requirements set forth in the OFAC notice effective 20 November 2000. In addition, a model damages and interest calculation has also been attached.

Cordially,

Steven R. Perles

**Information Regarding Applicant and Payment.**

Applicant:

Arline Duker
189 Carlton Terrace
Teaneck, NJ 07666
(201) 836-0492 *phone*


Counsel

STEVEN R. PERLES, P.C
Steven R. Perles (#326975)
1615 New Hampshire Ave., N.W. Ste. 200
Washington, D.C. 20009
(202) 745-1300
(202) 745-1858 *facsimile*

THOMAS FORTUNE FAY, P.C.
Thomas Fortune Fay (#23929)
601 Pennsylvania Ave., N.W., Ste. 900
Washington, D.C. 20004
(202) 638-4534

**Payment Information.**

Payee:

Steven R. Perles (#326975)
1615 New Hampshire Ave., N.W. Ste. 200
Washington, D.C. 20009
(202) 745-1300
(202) 745-1858 *facsimile*

Bank and Bank Officer:

Mrs. Nawal Hamad
Vice President
Wachovia Private Banking Services
8270 Greensboro Drive, 4th Floor
McLean, VA 22102
(703) 873-3046
(703) 873-3051 facsimile

(For additional information see bank documents that follow.)

10/25/00 WED 09:43 FAX

☑001

Page: 1 Document Name: untitled

BLST SEQ 001

| Post-it™ brand fax transmittal memo 7671 | # of pages ▶ 3 |
|---|---|
| To Steve Perles | From OGWSO |
| Co. | Co. |
| Dept. | Phone # |
| Fax # | Fax # |

CUSTO
CUSTOMER NR 402-492-277-7

STEVEN R PERLES TRUSTEE & ATTY FOR
SARA DUKER ET AL
1754 KENYON ST NW
WASHINGTON          DC   20010

---

PB: 42010 NAWAL HAMAD
LOC: 66503 VIENNA PRIVATE BKNG

---

TIN: 54-1195001
TELEPHONE (H): 202-833-2170
           (O): 703-368-7905

D&B:
TYPE: B          SIC: 0.000

CUSTOMER ESTABLISHED: 10-24-2000
LAST PROFILE CHANGE:  10-24-2000

RELATIONSHIP REVIEWED:     00-00
DATE OF FINANCIAL STMT:    00-00
DATE OF CREDIT RPT:        00-00
DATE OF CREDIT APPL:       00-00

HISTORY RECORDS: 000
SOLICIT:    NO RESTRICTIONS
MISC CODE: 0000000

---

REMARKS:

BREF 101

[Check order form / Wachovia Bank, N.A., Vienna, VA 22182]
ABA :051000253:   Acct # 1850365664

Date: 10/24/2000 Time: 04:15:02 PM