## PATTON BOGGS LLP
### ATTORNEYS AT LAW

2550 M Street, NW
Washington, DC 20037-1350
202-457-6000

Facsimile: 202-457-6315

| | |
|---|---|
| To: | Nawal Hemad |
| Company: | |
| Fax Number: | 703-873-3051 |
| Phone Number: | |
| Total Pages Including Cover: | 2 |
| From: | Dawn Wolf for Steven M. Schneebaum |
| Sender's Direct Line: | 202-457-6028 |
| Date: | January 17, 2001 |
| Client Number: | |
| Comments: | Wire Transfer Instructions  $2,000,000.00 |

ANCHORAGE
DALLAS
DENVER
NORTHERN VIRGINIA
WASHINGTON, D.C.

Confidentiality Note: The documents accompanying this facsimile contain information from the law firm of Patton Boggs LLP which is confidential and/or privileged. The information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this facsimile is strictly prohibited, and that the documents should be returned to this Firm immediately. If you have received this facsimile in error, please notify us by telephone immediately so that we can arrange for the return of the original documents to us at no cost to you.

If you did not receive all of the pages or find that they are illegible, please call 202-457-6028.

**EXHIBIT F**

Foy

```
         2,084,645.93+
           375,000.00-
Dec  1,709,645.93*+

         2,540,903.34+
           375,000.00-
Eur  2,165,903.34*+
                    0.*

         4,344,841.35+
           375,000.00-
Flatrw 3,969,841.35*+
                    0.*
```

Poeles

```
         2,085,235.43+
           375,000.00-
Dec  1,710,235.43*+
                    0.*

         2,541,224.45+
           375,000.00-
Estu 2,166,224.45*+
                    0.*

         4,337,304.62+
           375,000.00-
Flatrw 3,962,304.62*+
                    0.*
```