Page: 1 Document Name: untitled

PAGE 0001

732 LAST PAGE OF TRANSACTIONS
A C T I V I T Y   D I S P L A Y                02-08-01
SUBPRODUCT: L3 - BUSINESS ECONOMY CHECKING ACCT
DD 01841278443
NAME 1: STEVN R. PERLES & THOMAS FORTUNE FAY
NAME 2:
ENTER 'Y' (YES) TO DISPLAY TRANSACTION DETAIL

| POSTED | CHK/SERIAL # | AMOUNT | DESCRIPTION | DAILY BALANCE |
|---|---|---|---|---|
| 01-17 | | 750000.00 | CREDIT TRANSFER | 750000.00 |
| 01-17 | | 750000.00 | CREDIT TRANSFER | 1500000.00 |
| 01-17 | | 750000.00 | CREDIT TRANSFER | 2250000.00 |
| 01-18 | 1486857 | 241126.00- | WITHDRAWAL | 2008874.00 |
| 01-18 | | 2000000.00- | MONEY TRANSFER DEB | 8874.00 |
| 01-18 | | 12.00- | WIRE TRANSFER FEE | 8862.00 |
| 02-06 | | 37672.88 | DEPOSIT | 46534.88 |

TO Patton Boggs

PRESS F2 TO RETURN TO ACTIVITY REQUEST

BREF 126

Tom
------
4431
18,548.44
15.00
546.00
---------
23,540.44

Steve
------
4431
18,548.44
15.00
---------
22,994.44

Date: 02/08/2001 Time: 11:54:13 AM

EXHIBIT G