UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Steven R. Perles, P.C.,**           :
                                      :
    Plaintiff/Counterclaim-Defendant  :   Civil No.1:01CVI05 (ESH/AK)
                                      :
v.                                    :
                                      :
**Anne Marie Kagy,**                  :
                                      :
    Defendant/Counterclaim-Plaintiff  :
                                      :
v.                                    :
                                      :
**Steven R. Perles, Esq.,**           :
                                      :
    Third-Party Defendant             :                :

### MOTION FOR LEAVE TO INTERVENE
### TO OPPOSE MOTION PROPOSING USE OF TRUST FUNDS

Movant, Thomas Fortune Fay (hereafter, "Fay"), not a party to this action, by counsel, pursuant to Fed. Rule Civ. Pro. 24 (a), moves for an order authorizing him to appear and intervene with respect to certain property which is a subject matter of a pending motion of counterclaim-defendant and third-party defendant (hereafter, collectively, "Perles") for a stay pending appeal, said appearance to be limited to the use(s) of property to which Mr. Fay claims ownership and the right of possession, for the reasons that:

1. Mr. Perles's motion requests, *inter alia,* permission to post One Million, Five Hundred Thousand Dollars ($1,500,000.) alleged to be presently on deposit in a client's funds trust account in Citibank, F.S.B. in the name of the law firm representing Mr. Perles in this action, Greenberg Traurig, LLP, of which One Million Dollars ($1,000,000.), plus interest from January 18, 2001, is owned by Mr. Fay, a claim that has been known and acknowledged by Mr. Perles and his law firm.

EXHIBIT 3

2. On June 8, 2005, a notice of adverse claim to the extent of $1,000,000. plus interest was served on Citibanc F.S.B. pursuant to D.C. Code §26-803, and a copy of that notice with a covering letter was delivered at the same time to Greenberg Traurig, LLP..

3. The trust funds at issue in Mr. Perles's pending motion are what remain of a Two Million Dollar ($2,000,000.)deposit into Mr. Perles's counsel's client trust account on January 18, 2001, by Messrs. Fay and Perles on the express understanding and an articulated condition that no disbursements were to be made without the prior approval of both Mr. Fay and Mr. Perles.

4. Mr. Fay has recently discovered that approximately 25% of the funds held in the trust account have been disbursed without his knowledge, approval or consent.

5. Mr. Fay is not a party to this action, and no claim is pending or has ever been made against him by the third-party plaintiff and judgment creditor, Anne-Marie Kagy, and no other assertion has been made that Mr. Fay owes an obligation to Ms. Kagy or that Ms. Kagy has any claim to Mr. Fay's half of the trust funds.

6. Simultaneously with the filing of this motion, Mr. Fay is filing an action against Mr. Perles and Greenberg Traurig LLP in this court for compensatory damages in quasi-contract (unjust enrichment) and money had and received, and for compensatory and punitive damages for conversion.

Mr. Fay invites the Court's attention to his memorandum of points and authorities, attached hereto, which are incorporated herein by reference.

WHERFORE, movant requests an order allowing him to intervene and denying that part of the Perles motion associated with the trust funds at issue and freezing those funds from further disbursement and dissipation until any remaining conflict concerning their ownership is resolved;

and for attorney's fees and costs for the preparation and prosecution of this motion; and for any sanctions appropriate for misrepresentation to the court of the source and use(s) of these trust funds; and for such other relief that in these circumstances may appear reasonable and prudent to the Court.

June 19, 2005                             Respectfully submitted,


                                          John W. Karr
                                          John W. Karr 57430
                                          Karr & Allison, P.C.
                                          1920 N Street, NW   Suite 300
                                          Washington, DC 20036
                                          202-331-7600
                                          Attorney for movant, Thomas Fortune Fay

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion, the supporting memorandum and proposed order were transmitted through the electronic filing system (ECF) of the Court this 20th day of June, 2005 to: Steven M. Schneebaum, Esq., Greenberg Traurig, LLP, attorneys for counterclaim defendant and third-party defendant and to David E. Sher, Esq. and Mark D. Cummings, Esq., Sher, Cummings & Ellis, attorneys for the counterclaim plaintiff and third-party plaintiff.


                                          John W. Karr