UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS FORTUNE FAY,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>STEVEN R. PERLES,  )<br>  )<br>  and  )<br>  )<br>GREENBERG TRAURIG LLP,  )<br>  )<br>  Defendants.  )<br>  ) | Case Number 1:05CV01209 (PLF) |

## ORDER

This matter is before the Court on Defendant Greenberg Traurig LLP'S Motion For Judgment On The Pleadings. Having considered the pleadings, the motion, and the response thereto, the Court finds that the claims against Greenberg Traurig LLP are barred by res judicata, and that the Complaint fails to state a claim against Defendant Greenberg Traurig LLP upon which relief can be granted.

Accordingly, it is ORDERED that Defendant Greenberg Traurig LLP's Motion For Judgment On The Pleadings is GRANTED, and it is

FURTHER ORDERED that judgment be entered in favor of Defendant Greenberg Traurig LLP dismissing it from this action with prejudice.

_____
The Honorable Paul L. Friedman
United States District Judge