# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Thomas Fortune Fay,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**Steven R. Perles,** )<br>)<br>and )<br>)<br>**Greenberg Traurig LLP** )<br>)<br>Defendants. )<br>) | Case No. 1:05CV01209 (PLF) |

PLAINTIFF'S MOTION TO EXTEND TIME TO RESPOND TO MOTIONS
OF DEFENDANTS TO DISMISS THE COMPLAINT, FOR SUMMARY
JUDGMENT, AND FOR JUDGMENT ON THE PLEADINGS

Both defendants consent to the granting of this motion.

Plaintiff, Thomas Fortune Fay, by counsel, hereby moves for an extension to and including Monday, October 3, 2005, to respond to defendant Perles's motion for summary judgment or, alternatively to dismiss the complaint, and to defendant Greenberg Traurig LLP's motion for judgment on the pleadings, currently due, respectively, on September 19th and 20th, for the reason that the additional time requested is necessary to write, edit and complete responses to these motions while at the same time accommodating

previously scheduled commitments.

    WHEREFORE, plaintiff requests that this motion be granted.

                              Respectfully submitted,

                              _____/ s /_____

                              John W. Karr     57430
                              Theodore S. Allison  441089
                              Karr & Allison, P.C.
                              1920 N Street, NW   Suite 300
                              Washington, DC 20036
                              (202) 331-7600

                              Attorneys for defendant

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing motion for an extension to respond and proposed order were served by electronic means, and by prepaid first-class mail, this 15 th day of September, 2005, to:

>Douglas Bregman, Esq.
>Edward Paul Henneberry, Esq.
>Bregman, Berbert, Schwartz & Gilday PLLC
>7315 Wisconsin Avenue
>Washington, DC   20036
>Attorneys for defendant, Steven R. Perles

>Eric C. Rowe
>Geoffrey J. Greeves
>Greenberg Traurig, LLP
>800 Connecticut Avenue, NW
>Washington, DC   20006
>Attorneys for defendant Greenberg Traurig LLP

/ s /
John W. Karr