# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Thomas Fortune Fay,** | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:05CV01209 (PLF) |
| **Steven R. Perles,** | ) |
| and | ) |
| **Greenberg Traurig LLP** | ) |
| Defendants. | ) |

## ORDER

Upon consideration of plaintiff's motion to extend time to and including October 3, 2005 to respond to defendants' motions for summary judgment, to dismiss the complaint, and for judgment on the pleadings, the consent of the defendants thereto, and good cause having been shown, it is, by the Court, this ____ day of September, 2005,

ORDERED, that the said motion be, and the same hereby is, granted.

_____
United States District Judge

Copies to:  John W. Karr, Esq.

Douglas M. Bregman, Esq.

Eric C. Rowe, Esq.