# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Thomas Fortune Fay,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05CV01209 (PLF) |
| ) | |
| **Steven R. Perles,** ) | |
| ) | |
| and ) | |
| ) | |
| **Greenberg Traurig LLP** ) | |
| ) | |
| Defendants. ) | |
| ) | |

PLAINTIFF'S MOTION TO EXTEND TIME BY FOUR DAYS TO RESPOND TO MOTIONS OF DEFENDANTS TO DISMISS THE COMPLAINT, FOR SUMMARY JUDGMENT, AND FOR JUDGMENT ON THE PLEADINGS

Both defendants consent to the granting of this motion.

Plaintiff, Thomas Fortune Fay, by counsel, hereby moves for an extension to and including Friday, October 7, 2005, to respond to defendant Peres's motion for summary judgment or, alternatively to dismiss the complaint, and to defendant Greenberg Traurig LLP's motion for judgment on the pleadings, each currently due on September 3rd, for the reason that the additional time requested is necessary to complete responses to these motions because of the intrusion of unscheduled obligations, including a necessary three-day trip to Chicago.

WHEREFORE, plaintiff requests that this motion be granted.

Respectfully submitted,

/s/_____
John W. Karr     57430
Theodore S. Allison  441089
Karr & Allison, P.C.
1920 N Street, NW   Suite 300
Washington, DC 20036
(202) 331-7600
Attorneys for defendant

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing motion for an extension to respond and proposed order were served by e-mail and by prepaid first-class mail this 3rd day of October, 2005, to:

Douglas Bregman, Esq.
Edward Paul Henneberry, Esq.
Bregman, Berbert, Schwartz & Gilday PLLC
7315 Wisconsin Avenue
Washington, DC   20036
Attorneys for defendant, Steven R. Peres

Eric C. Rowe
Geoffrey J. Greeves
Greenberg Traurig, LLP
800 Connecticut Avenue, NW
Washington, DC   20006
Attorneys for defendant Greenberg Traurig LLP

/s/_____
John W. Karr

Case 1:05-cv-01209-PLF    Document 12    Filed 10/03/2005    Page 3 of 3