# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Thomas Fortune Fay,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05CV01209 (PLF) |
| ) | |
| **Steven R. Perles,** ) | |
| ) | |
| and ) | |
| ) | |
| **Greenberg Traurig LLP** ) | |
| ) | |
| Defendants. ) | |
| ) | |

PLAINTIFF'S MOTION TO EXTEND TIME BY ONE DAY TO OPPOSE MOTIONS OF DEFENDANTS TO DISMISS THE COMPLAINT, FOR SUMMARY JUDGMENT, AND FOR JUDGMENT ON THE PLEADINGS, TIME HAVING EXPIRED

Telephone calls were placed this morning, October 11th, to counsel for both defendants requesting consent to this motion. Defendant, Greenberg Traurig, has consented. Counsel for defendant, Steven R. Perles, has not yet (3:00 p.m.) returned the call. Plaintiff has previously consented to extensions to both defendants, totaling 58 days, to file the pending motions to which plaintiff's oppositions, lodged herewith, respond.

Plaintiff, Thomas Fortune Fay, by counsel, hereby moves for an extension of one working day, to and including today Tuesday, October 11, 2005, time having expired, to file oppositions to defendant Perles's motion for summary judgment or, alternatively to

dismiss the complaint, and to defendant Greenberg Traurig LLP's motion for judgment on the pleadings, both due on October 7th, for the reason that plaintiff's undersigned counsel had a scheduled meeting in Detroit on Friday, October 7th and although the oppositions and statement of disputed facts that are lodged herewith were prepared and ready for filing in his absence, instructions that were left to do so were either incomplete or not followed, which he discovered on his return to the office today, October 11th.

Counsel for plaintiff apologizes to the Court for the inconvenience of having to deal with this stumble.

WHEREFORE, plaintiff requests that this motion be granted.

Respectfully submitted,

/s/
John W. Karr    57430
Theodore S. Allison  441089
Karr & Allison, P.C.
1920 N Street, NW   Suite 300
Washington, DC 20036
(202) 331-7600
Attorneys for defendant

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing motion for a one-day extension to oppose and proposed order were served by the court's ECF and by prepaid first-class mail this 11th day of October, 2005, to Douglas Bregman, Esq., Bregman, Berbert, Schwartz & Gilday

PLLC, 7315 Wisconsin Avenue, Washington, DC   20036, attorneys for defendant,

Steven R. Perles, and to Eric C. Rowe, Esq., Greenberg Traurig, LLP, 800 Connecticut

Av., NW, Washington, DC   20006, attorneys for defendant Greenberg Traurig LLP

>                      /s/
>             John W. Karr