## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Thomas Fortune Fay,** | ) |
|  Plaintiff, | ) |
| v. | ) Case No. 1:05CV01209 (PLF) |
| **Steven R. Perles,** | ) |
|  and | ) |
| **Greenberg Traurig LLP** | ) |
|  Defendants. | ) |

**ORDER**

Upon consideration of plaintiff's motion to extend time one day to and including October 11, 2005 to oppose defendants' motions for summary judgment, to dismiss the complaint, and for judgment on the pleadings, the consent of defendant, Greenberg Traurig, LLP, and any response thereto from defendant, Steven R. Perles, and good cause having been shown, it is, by the Court, this _____ day of October, 2005,

ORDERED, that the said motion be, and the same hereby is, granted, and it is further

ORDERED, that plaintiff's oppositions to the said motions, lodged with the Court, be, and they hereby are, filed.

_____
United States District Judge

Copies to: Douglas M. Bregman, Esq.
Eric C. Rowe, Esq.
John W. Karr, Esq.