## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Thomas Fortune Fay,** | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:05CV01209 (PLF) |
| **Steven R. Perles,** | ) |
| and | ) |
| **Greenberg Traurig LLP** | ) |
| Defendants. | ) |

ORDER

Upon consideration of the motion of defendant, Greenberg Traurig LLP, for judgment on the pleadings, the opposition thereto of the plaintiff, and any argument had thereon, it is , by the Court, this _____ day of _____, 2005,

ORDERED, that the said motion be, and the same hereby is, denied.

_____
United States District Judge