# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Thomas Fortune Fay,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**Steven R. Perles,** )<br>)<br>and )<br>)<br>**Greenberg Traurig LLP** )<br>)<br>Defendants. )<br>_____) | Case No. 1:05CV01209 (PLF) |

## ORDER

Upon consideration of the motion of defendant, Steven R. Perles for summary judgment or, in the alternative, to dismiss the complaint, the opposition thereto of the plaintiff, and any argument had thereon, it is, by the Court, this _____ day of _____, 2005,

ORDERED, that the said motion be, and the same hereby is, denied.

                                                                  _____
                                                                  United States District Judge