UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS FORTUNE FAY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEVEN R. PERLES, )<br>)<br>and )<br>)<br>GREENBERG TAURIG, LLP, )<br>)<br>Defendants. )<br>) | Case Number 1:05CV01209 (PLF) |

**CONSENT MOTION FOR EXTENSION OF TIME FOR THE DEFENDANTS TO REPLY TO THE PLAINTIFF'S OPPOSITION TO THEIR DISPOSITIVE MOTIONS**

The parties hereto move this Court to grant the Defendants an extension of time until on or before Wednesday, **October 26, 2005,** to Reply to the Plaintiff's Oppositions to their respective dispositive motions. All parties to this action consent to the relief requested herein.

For Plaintiff Thomas Fortune Fay, Esq.:        For Defendant Greenberg Traurig, LLP:

_____/s/_____                                                              _____/s/_____
John W. Karr, # 57430                                         Eric C. Rowe, # 466182
Karr & Allison, P.C.                                              Geoffrey J. Greeves, # 463035
1920 N Street, N.W.                                           Greenberg Traurig LLP
Washington, D.C. 20036                                    800 Connecticut Avenue, N.W.
(202) 331-7600 (phone)                                    Washington, D.C. 20006
(202) 293-3999 (fax)                                         (202) 331-3100 (phone)
                                                                            (202) 331-3101 (fax)
                                                                            email: greevesg@gtlaw.com

For Defendant Steven R. Perles:

_____/s/_____
Douglas M. Bregman, # 218354
Edward P. Henneberry, # 456202
Bregman, Berbert, Schwartz & Gilday, LLC
7315 Wisconsin Avenue
Suite 800 West
Bethesda, Maryland 20814
(301) 656-2707
email: thenneberry@bregmanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of October, 2005, the foregoing Consent Motion for Extension of Time for the Defendants to Reply to Plaintiff's Oppositions to their Dispositive Motions was served upon the following by first-class mail, postage prepaid, and by email:

Eric C. Rowe, Esq.
Greenberg Traurig, LLP
800 Connecticut Avenue, N.W.
Washington, D.C. 20006
rowee@gtlaw.com

John W. Karr, 57430
Karr & Allison, P.C.
1920 N Street, N.W.
Washington, D.C. 20036
(202) 331-7600 (phone)
(202) 293-3999 (fax)

_____/s/_____
Edward P. Henneberry