# Exhibit 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS FORTUNE FAY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEVEN R. PERLES, )<br>)<br>and )<br>)<br>GREENBERG TRAURIG LLP, )<br>)<br>Defendants. )<br>) | Case Number 1:05CV01209 (PLF) |

### AFFIDAVIT OF RONALD W. KLEINMAN

1. My name is Ronald W. Kleinman. I am the Administrative Managing Shareholder of the Washington, D.C, office of Greenberg Traurig LLP, and have authority to speak on its behalf. I am an attorney licensed to practice law in the District of Columbia, and work in the Washington, D.C., office of the firm. The information provided herein is drawn from official firm records and from information provided to me by firm management.

2. This affidavit is being filed in response to the Court's Order dated March 8, 2006, which inquires into the citizenship of Greenberg Traurig LLP for the purposes of determining the Court's jurisdiction under 28 U.S.C. § 1332.

3. Greenberg Traurig LLP is a limited liability partnership organized under the laws of the State of New York. It maintains no offices in the State of Maryland.

4. The partners of Greenberg Traurig LLP are (1) a Florida professional corporation known as Greenberg Traurig, P.A., and (2) a New York professional corporation known as Greenberg Traurig of New York, P.C. Neither of these entities maintains offices in of the State of Maryland.

5. Each of Greenberg Traurig's individual attorneys residing in the United States and outside the State of Florida is employed by Greenberg Traurig LLP, but no individual attorney is a partner in Greenberg Traurig LLP. Individual attorneys residing within the State of Florida are employed by Greenberg Traurig, P.A.

6. Greenberg Traurig attorneys who are "shareholders" own shares in the Florida professional corporation known as Greenberg Traurig, P.A.

7. At present, firm records indicate that twenty-seven (27) shareholders of Greenberg Traurig, P.A., are residents of Maryland.

FURTHER AFFIANT SAYETH NOT.

*[signature]*

Ronald W. Kleinman

Dated: 3/20/06

DISTRICT OF COLUMBIA
Sworn to and subscribed before me
this 20th day of March, 2006.

*[signature]*

Notary Public    BEATRICE W. MELECIO
My commission expires _____
My Commission Expires June 14, 2006

2