# Exhibit 2

| DC HOME | ABOUT DC | RESIDENTS | BUSINESS | VISITORS | DC GOVERNMENT |

 

Anthony A. Williams

## Organization Information

**DCRA HOME**

**SERVICES**
Basic Business License
Business Resource Center
Building/Land Regs
Compliance/Enforcement
Organization Registration
Inspections
Land Plats
Licensing Center
Building Plan Review
 Status
Permits

**INFORMATION**

**ONLINE SERVICE
REQUESTS**

## Online Organization Registration
Search Registered Organizations

**Organization Details - Step** 1 2 3

To view another organization from the search, select the **Return to Search Results** button below. You may also **print** the organization details, or start a **new search**. Use the **Back to Main Page button** to continue the registration process.

| Organization | | Registered Agent |
|---|---|---|
| **Organization Name:** | THOMAS FORTUNE FAY, P.C. | Thomas Fortune Fay
126 C St.., N.W., Suite 300
Washington, DC 20001 |
| **State:** | DC | |
| **Status:** | DISSOLVED | |
| **Initial Date of Registration:** | 6/19/1992 | |
| **File No.:** | 922257 | |
| **Organization Type:** | DOMESTIC PROFESSIONAL CORPORATION | |

[ << Back to Main Page ]  [ < Return To Search Results ]  [ Print Results ]
[ New Search ]

For more information, contact the Corporation Division (202) 442-4400 or email us.

Government of the District of Columbia
Citywide Call Center : (202) 727-1000
TTY/TDD Directory

Telephone Directory by Topic | Agencies | DC Council | Search | Elected Officials

Feedback | Translation | Accessibility | Privacy & Security | Terms & Conditions

John A. Wilson Building
1350 Pennsylvania Avenue, NW
Washington, DC 20004

| DC HOME | ABOUT DC | RESIDENTS | BUSINESS | VISITORS | DC GOVERNMENT |

 WELCOME TO WASHINGTON
District of Columbia


MAYOR
Anthony A. Williams

## Organization Information

**DCRA HOME**

**SERVICES**
Basic Business License
Business Resource Center
Building/Land Regs
Compliance/Enforcement
Organization Registration
Inspections
Land Plats
Licensing Center
Building Plan Review
 Status
Permits

**INFORMATION**

**ONLINE SERVICE
REQUESTS**

# Online Organization Registration
**Search Registered Organizations**

## Organization Details - Step  1  2  3 

To view another organization from the search, select the **Return to Search Results** button below. You may also **print** the organization details, or start a **new search**. Use the **Back to Main Page button** to continue the registration process.

| Organization | Registered Agent |
|---|---|
| **Organization Name:** THOMAS FORTUNE FAY, P.C. | Thomas Fortune Fay<br>126 C St., N.W.<br>Washington, DC 20001 |
| **State:** DC | |
| **Status:** REVOKED | |
| **Initial Date of Registration:** 7/27/1992 | |
| **File No.:** 922679 | |
| **Organization Type:** DOMESTIC PROFESSIONAL CORPORATION | |

[ << Back to Main Page ]   [ < Return To Search Results ]   [ Print Results ]
[ New Search ]

For more information, contact the Corporation Division (202) 442-4400 or email us.

Government of the District of Columbia
Citywide Call Center : (202) 727-1000
TTY/TDD Directory

Telephone Directory by Topic | Agencies | DC Council | Search | Elected Officials

Feedback | Translation | Accessibility | Privacy & Security | Terms & Conditions

John A. Wilson Building
1350 Pennsylvania Avenue, NW
Washington, DC 20004