# Exhibit 3

# CORPORATE CHARTER APPROVAL SHEET
## ** KEEP WITH DOCUMENT **

DOCUMENT CODE _02_   BUSINESS CODE _06_

\# _____

Close _____ ✓   Stock _____ ✓   Nonstock _____

P.A. _____ ✓   Religious _____

Merging (Transferor) _____

_____

_____

_____

Surviving (Transferee) _____

_____

_____

```
1000361986724593

ID # D06690259 ACK # 1000361986724593
LIBER: B00352 FOLIO: 0219 PAGES: 0003
THOMAS FORTUNE FAY, P.A.


02/22/2002   AT 11:11 A WO # 0000556662
```

New Name _____

_____

_____

### FEES REMITTED

Base Fee: _____
Org. & Cap. Fee: _____
Expedite Fee: _____
Penalty: _____
State Recordation Tax: _____
State Transfer Tax: _____
_____ Certified Copies
Copy Fee: _____
_____ Certificates
Certificate of Status Fee: _____
Personal Property Filings: _____
Other: _40_

TOTAL FEES: _40_

_____ Change of Name
_____ Change of Principal Office
_____ Change of Resident Agent
_____ Change of Resident Agent Address
_____ Resignation of Resident Agent
_____ Designation of Resident Agent
and Resident Agent's Address
_____ Change of Business Code

_____ Adoption of Assumed Name
_____

_____ Other Change(s)
_____

Code _____

Attention: _____

Mail to Address: _Thomas Fortune Fay_
_601 Pennsylvania Ave, NW_
_# 900 - South Building_
_Washington, DC 20004_

Credit Card _____   Check _____   Cash _____

_____ Documents on _____ Checks

Approved By: _____

Keyed By: _____

COMMENT(S):

```
CUST ID:0000820047
WORK ORDER:0000556662
DATE:02-25-2002 09:43 AM
AMT. PAID:$40.00
```

Stamp Work Order and Customer Number HERE

# ARTICLES OF INCORPORATION
## OF
## THOMAS FORTUNE FAY, P.A.

**FIRST:** The undersigned, Thomas Fortune Fay, whose address is 2048 Merrifields Drive, Silver Spring, Maryland 20906, being at least eighteen years of age, does hereby form a corporation under the laws of the State of Maryland. The corporation shall be a close corporation.

**SECOND:** The name of the corporation is Thomas Fortune Fay, P.A.

**THIRD:** The purposes for which the corporation is formed are as follows: to practice law in the State of Maryland and in such other jurisdictions as the incorporator shall be legally licensed and to engage in such other business activities in conjunction with the practice of law as are legally permitted.

**FOURTH:** The street address of the principal office of the corporation in Maryland is 2048 Merrifields Drive, Silver Spring, Maryland 20906.

**FIFTH:** The name of the resident agent of the corporation is Thomas Fortune Fay, whose address is 2048 Merrifields Drive, Silver Spring, Maryland 20906.

**SIXTH.** The corporation has authority to issue 100 shares at $10 par value per share.

```
CUST ID:0000620047
WORK ORDER:0000556662
DATE:02-25-2002 09:43 AM
AMT. PAID:$40.00
```

**SEVENTH.** The corporation elects to have no board of directors. Until this election takes effect, Thomas Fortune Fay will be the director.

February 20, 2002          Signature of Incorporator:

Thomas Fortune Fay

Signature of Resident Agent:

Thomas Fortune Fay

RETURN TO:          Thomas Fortune Fay, Esq.
                    2048 Merrifields Drive
                    Silver Spring, MD 20906