UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Thomas Fortune Fay,** | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:05CV01209 (PLF) |
| **Steven R. Perles,** | ) |
| and | ) |
| **Greenberg Traurig LLP** | ) |
| Defendants. | ) |

**PLAINTIFF'S RESPONSE TO GREENBERG TRAURIG'S SUBMISSION IN RESPONSE TO THE COURT'S ORDER DATED MARCH 8, 2006**

In its submission in response to the Court's order dated March 8, 2006, defendant Greenberg Traurig LLP informed the Court that neither of its partners resided in Maryland – the plaintiff's domicile and residence – thus conceding that the plaintiff's diversity claim was valid and obviating the need for the plaintiff to "show cause in writing … why this case should not be dismissed for lack of subject matter jurisdiction." This defendant has, however, written in support of another issue, not mentioned in the Court's order but raised by the other defendant in his motion to dismiss or for summary judgment, namely, that the real party in interest is a District of Columbia professional corporation owned and operated by the plaintiff. This contention is not supported in fact or in theory.

In his opposition to Mr. Perles's motions, the plaintiff pointed out that three judgments

1

were collected by Messrs. Fay and Perles in early January, 2001, from Iranian-owned funds previously "blocked" and on deposit in and under control of the U. S. Treasury Department. Ms. Kagy had notified Mr. Perles that she was asserting an undocumented (*i.e.,* not by authority of a written agreement or court decision) attorney's lien of some $2 million against these proceeds. In order to unfetter the remaining proceeds, and expressly for no other purpose, Messrs. Fay and Perles jointly authorized, on January 18, 2001, a wire transfer of $2 million from a bank account maintained in their joint individual names (not partnership or law firm names)(Exhibit G, Perles Memorandum), to a client trust fund bank account maintained by Steven Schneebaum, the lawyer Mr. Perles had hired to deal with Ms. Kagy's claims.(*Id.*) At the time, Mr. Schneebaum was a partner at Patton Boggs, LLP, and later changed his affiliation to Greenberg Traurig, LLP.  It is undisputed that the sources of their deposit were legal fees Messrs. Fay and Perles – as individuals, and not as professional corporations – had earned from the judgments they had just collected.  Likewise, there is no dispute that each deposited $1 million of his own fees – owned by each of them individually and not owned by a professional corporation – into the joint bank account to enable the wire transfer to Mr. Schneebaum's trust account.

      The complaint identifies the plaintiff as a resident of Maryland and the defendants as residents of the District of Columbia.  The Perles Memorandum acknowledges that he resides and is domiciled here, and to Mr. Perles's certain knowledge, Mr. Fay has resided and been domiciled in Maryland for the past 35 years. See also, Fay Declaration and disputed fact response ¶ 15. Greenberg Traurig LLP now concedes total diversity (District of Columbia, Florida, New

York and Maryland) among the parties.

                                      Respectfully submitted,

                                      ___/s/_____
                                      John W. Karr
                                      Karr & Allison, P.C.
                                      1920 N Street, NW   Suite 300
                                      Washington, DC 20036
                                      Attorneys for plaintiff
                                      202-331-7600

## CERTIFICATE OF SERVICE

    I certify that a copy of the foregoing plaintiff's response to Greenberg Traurig's submission in response to the court's order dated March 8, 2006, was served by e-mail and by prepaid first-class mail this 30th day of March, 2006, to:

        Douglas Bregman, Esq.
        Edward Paul Henneberry, Esq.
        Bregman, Berbert, Schwartz & Gilday PLLC
        7315 Wisconsin Avenue
        Washington, DC   20036
        Attorneys for defendant, Steven R. Perles
        dbregman@bregmanlaw.com

         Eric C. Rowe
        Geoffrey J. Greeves
        Greenberg Traurig, LLP
        800 Connecticut Avenue, NW
        Washington, DC   20006
        Attorneys for defendant Greenberg Traurig LLP
        rowee@gtlaw.com

                                      /s/_____
                                      John W. Karr