UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
THOMAS FORTUNE FAY,                     )
                                        )
        Plaintiff,                      )
                                        )
    v.                                  )        Civil Action No. 05-1209 (PLF)
                                        )
STEVEN R. PERLES                        )
                                        )
and                                     )
                                        )
GREENBERG TRAURIG LLP,                  )
                                        )
        Defendants.                     )
_____)

ORDER

This matter is before the Court on defendant Perles' motion for summary judgment or, in the alternative, to dismiss the complaint.  For the reasons explained in the Memorandum Opinion issued this same day, it is hereby

ORDERED that Perles' motion [8] for summary judgment or, in the alternative, to dismiss the complaint is DENIED; and it is

FURTHER ORDERED that there will be a status conference on April 27, 2007 at 9:15 a.m.  The parties shall meet and confer and file a joint report pursuant to Local Civil Rule 16.3 on or before April 20, 2007.

SO ORDERED.

                            ____/s/_____
                            PAUL L. FRIEDMAN
                            United States District Judge

DATE: March 26, 2007