UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS FORTUNE FAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1209 (PLF) |
| ) | |
| STEVEN R. PERLES ) | |
| ) | |
| and ) | |
| ) | |
| GREENBERG TRAURIG LLP, ) | |
| ) | |
| Defendants. ) | |

ORDER

This matter is before the Court on defendant Greenberg Traurig LLP's motion for judgment on the pleadings. For the reasons explained in the Memorandum Opinion issued this same day, it is hereby

ORDERED that Greenberg Traurig LLP's motion [10] for judgment on the pleadings is DENIED; and it is

FURTHER ORDERED that there will be a status conference on April 27, 2007 at 9:15 a.m. The parties shall meet and confer and file a joint report pursuant to Local Civil Rule 16.3 on or before April 20, 2007.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: March 26, 2007