UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS FORTUNE FAY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEVEN R. PERLES, )<br>)<br>and )<br>)<br>GREENBERG TRAURIG, LLP, )<br>)<br>Defendants. )<br>) | Case Number 1:05CV01209 (PLF) |

**CONSENT MOTION FOR CONTINUANCE OF STATUS CONFERNCE AND FOR EXTENSION OF TIME TO FILE JOINT REPORT**

The parties hereto move this Court to grant a continuance until on or after **June 8, 2007**, to conduct the Status Conference currently scheduled to be held on April 27, 2007.  In addition, the parties move this court for an extension of time until seven days prior to the continued Scheduling Conference to file the Joint Report.  All parties to this action consent to the relief requested herein.

For Plaintiff Thomas Fortune Fay, Esq.:     For Defendant Greenberg Traurig, LLP:


_____/s/_____           _____/s/_____
John W. Karr, # 57430                    Eric C. Rowe, # 466182
Karr & Allison, P.C.                     Geoffrey J. Greeves, # 463035
1920 N Street, N.W.                      Greenberg Traurig LLP
Washington, D.C.  20036                  800 Connecticut Avenue, N.W.
(202) 331-7600 (phone)                   Washington, D.C.  20006
(202) 293-3999 (fax)                     (202) 331-3100 (phone)
                                         (202) 331-3101 (fax)
                                         email:  greevesg@gtlaw.com

For Defendant Steven R. Perles:

_____/s/_____
Douglas M. Bregman, # 218354
Edward P. Henneberry, # 456202
Bregman, Berbert, Schwartz & Gilday, LLC
7315 Wisconsin Avenue
Suite 800 West
Bethesda, Maryland 20814
(301) 656-2707
email: thenneberry@bregmanlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Consent Motion for Continuance of Scheduling Conference and Extension of Time to File Joint Report was served upon the following by first-class mail, postage prepaid, and by email:

Eric C. Rowe, Esq.
Greenberg Traurig, LLP
800 Connecticut Avenue, N.W.
Washington, D.C. 20006
rowee@gtlaw.com

John W. Karr, 57430
Karr & Allison, P.C.
1920 N Street, N.W.
Washington, D.C. 20036
(202) 331-7600 (phone)
(202) 293-3999 (fax)

_____/s/_____
Edward P. Henneberry