UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THOMAS FORTUNE FAY,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**STEVEN R. PERLES,** )<br>)<br>**and** )<br>)<br>**GREENBERG TAURIG LLP,** )<br>)<br>**Defendants.** )<br>) | Case Number 1:05CV01209 (PLF) |

**ORDER GRANTING CONTINUANCE OF SCHEDULING CONFERENCE AND
EXTENSION OF TIME TO FILE JOINT REPORT**

Pursuant to the Consent Motion of the parties, the Joint Conference is hereby scheduled to be held June 8, 2007.  In addition, the time in which the parties must file their Joint Report is hereby extended to and including May 11, 2007.

This _____ day of April, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Paul L. Friedman
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Copies to:

John W. Karr, Esq.
Karr & Allison
Suite 300
1920 N Street, N.W.
Washington, D.C. 20036

Douglas M. Bregman, Esq.
Edward P. Henneberry, Esq.
Bregman, Berbert, Schwartz & Gilday, LLC
7315 Wisconsin Avenue
Suite 800 West
Bethesda, MD 20814

Eric C. Rowe, Esq.
Greenberg Traurig, LLP
800 Connecticut Avenue, N.W.
Washington, D.C. 20006