# MottoeUNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Thomas Fortune Fay,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. 1:05cv01209 (PLF) |
| | ) |
| **Steven R. Perles, et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**ORDER**

Upon consideration of plaintiff's motion to extend by two business days the filing deadline for the Local Rule 16.3 Report, time having expired, of the Report lodged with the motion, of any objection that defendants may have, and of any argument heard thereon, and it appearing that plaintiff has demonstrated good cause for his application, it is, by the Court, the ____ day of May, 2007,

ORDERED, that the said motion be, and the same hereby is granted, and it is further

ORDERED , that the Local Rule 16.3 Report lodged with the Court be, and it hereby is, filed.

_____
United States District Judge

Copies to:

jwkarr@msn.com , for plaintiff
Thenneberry@bregmanlaw.com , for defendant, Steven R. Perles
ROWEE@gtlaw.com , for defendant, Greenberg Traurig, LLP