IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS F. FAY | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil No. 1:05CV01209 |
| STEVEN R. PERLES, | ) ) ) |
| and | ) ) |
| GREENBERG TAURIG, LLP, | ) ) |
| Defendants. | ) |

## DEFENDANT PERLES' MOTION TO STAY COURT PROCEEDINGS

Defendant, Steven R. Perles, by and through his undersigned counsel, and pursuant to Rule 7 of the Federal Rules of Civil Procedure, hereby moves to stay this proceeding pending final resolution of the matter known as *Perles, P.C. v. Kagy*, Civil No. 01-0105 (D.D.C. 2001). The grounds in support of Defendant Perles' Motion are set forth in the accompanying Memorandum of Law and the exhibits attached thereto which are incorporated herein by reference. Defendant Greenberg Traurig, LLP, consents to the Motion and the arguments set forth therein.

Respectfully submitted,

BREGMAN, BERBERT, SCHWARTZ
& GILDAY, LLC

By: _____
Douglas M. Bregman, Bar No. 218354
Edward P. Henneberry, Bar No. 456202
7315 Wisconsin Avenue
Suite 800 West
Bethesda, Maryland 20814
(301) 656-2707
*Counsel for Defendant Steven R. Perles*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of June, 2007, a copy of the foregoing Motion to Stay was served upon the following by first class mail, postage prepaid, and by electronic mail:

John W. Karr, Esq.
Karr & Allison
Suite 300
1920 N Street, N.W.
Washington, D.C. 20036
*Counsel for Plaintiff*

Eric C. Rowe, Esq.
Geoffrey J. Greeves, Esq.
Greenberg Traurig, LLP
800 Connecticut Avenue, N.W.
Washington, D.C. 20006
*Counsel for Defendant Greenberg Traurig, LLP*

_____
Edward P. Henneberry

2