IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS F. FAY ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STEVEN R. PERLES, ) <br> ) <br> and ) <br> ) <br> GREENBERG TAURIG, LLP, ) <br> ) <br> Defendants. ) | Civil No. 1:05CV01209 |

## PRAECIPE

Defendant, Steven R. Perles ("Perles"), by his undersigned counsel, files the instant Praecipe and requests that this Court enter an order staying this litigation and in support thereof states as follows:

1. On or about June 5, 2007, Mr. Perles filed with the Court and served upon Plaintiff his Motion to Stay Court Proceedings ("Motion"). Defendant Greenberg Traurig, LLP consented to the Motion.

2. Pursuant to Local Rule 7(b), Plaintiff had eleven (11) days or on or until **June 16, 2007**, to respond to the Motion. To date, Plaintiff has failed to file a response to the Motion.

3. Accordingly, as the allotted time afforded to Plaintiff under Local Rule 7(b) to respond to the Motion has expired, this Court should treat the relief requested in the Motion as uncontested and conceded by the Plaintiff.

WHEREFORE, Defendant Steven R. Perles respectfully requests that this Court Grant the relief requested in his Motion to Stay Court Proceedings and stay this litigation.

Respectfully submitted,

BREGMAN, BERBERT, SCHWARTZ
& GILDAY, LLC

By: _____
Douglas M. Bregman, Bar No. 218354
Edward P. Henneberry, Bar No. 456202
7315 Wisconsin Avenue
Suite 800 West
Bethesda, Maryland 20814
(301) 656-2707
*Counsel for Defendant Steven R. Perles*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of June, 2007, a copy of the foregoing Praecipe was served upon the following by first class mail, postage prepaid, and by electronic mail:

>John W. Karr, Esq.
>Karr & Allison
>Suite 300
>1920 N Street, N.W.
>Washington, D.C. 20036
>*Counsel for Plaintiff*
>
>Eric C. Rowe, Esq.
>Geoffrey J. Greeves, Esq.
>Greenberg Traurig, LLP
>800 Connecticut Avenue, N.W.
>Washington, D.C. 20006
>*Counsel for Defendant Greenberg Traurig, LLP*

_____
Edward P. Henneberry