```
MTI1 ZMTI2005     DOMESTIC FEDWIRE TRANSFER INITIATION          PAGE 2
  TEMPLATE NO: 000000          ACCOUNT INFO: 301 D 1841278443   11:20:43 01/18/01
    AMOUNT:    2,000,000.00 ACCOUNT NAME: STEVEN R PERLES & THOMAS FORTUNE FAY
-----------------------------------------------------------------------
                         BENEFICIARY INFORMATION
        ***BENEFICIARY ID CODE, ID #, NAME AND ADDRESS SHOULD BE PROVIDED***
   BENEFICIARY ID CODE:       D    D=ACCOUNT #      3=DRIVER LICENSE #   9=OTHER ID
                                   1=PASSPORT #     4=ALIEN REGISTRATION #
                                   2=TAX ID #       5=CORPORATE ID
   BENEFICIARY ID #:         17299096
   BENEFICIARY NAME:         PATTON BOGGS, LLP
   BENEFICIARY ADDRESS:      _____
                             _____
                             _____

   BENEFICIARY ADVICE CODE:  ___  (LTR=LETTER,PHN=PHONE,TLX=TELEX,WRE=WIRE)
   BENEFICIARY ADVICE INFO:  _____
                             _____
                             _____   BENEFICIARY REF: _____
   ORIGINATOR TO BENEFICIARY INFO: RE: STEVEN R. PERLES, PC
   CONTACT: STEVEN M. SCHNEEBAUM
                                          **PRESS PF8 TO COMPLETE ADDITIONAL PAGES**
   PF7=PAGE UP  PF8=PAGE DOWN    PF9=HELP    PF10=INITIATE TRANSFER   PF12=CANCEL
```

Date: 01/18/2001  Time: 11:21:19 AM

A