# Greenberg Traurig

Steven M. Schneebaum
Tel. 202.530.8544
Fax 202.331.3101
schneebaums@gtlaw.com

May 14, 2007

Steven R. Perles, Esq.
Steven R. Perles, P.C.
1146 19th Street, N.W.
Washington, D.C. 20036

Re: *Perles v. Kagy*: Greenberg Traurig bills

Dear Steve:

I am writing to provide a complete accounting of the Greenberg Traurig bills, of which payment is now due, for this firm's representation of Steven R. Perles, P.C., and Steven R. Perles, Esq., in connection with the litigation styled *Perles v. Kagy*.

As you will remember, Doug Bregman and I negotiated, and you and I signed, a contract regarding the payment of this firm's fees in February 2006. In it, I accepted significant risk-sharing with respect to the outcome of the appeal. Of course, the result in the appeal was the best possible one for you (reversal on both the contract and *quantum meruit* issues), entitling us to premium billing in accordance with the terms we agreed.

You have performed your part of the agreement by paying this firm's disbursements as they were billed to you during the pendency of the appeal on a monthly basis. We have provided you with monthly bills on a current basis, detailing our fees and costs. With respect to fees, you owe the following amounts:

    a. Fees for district court work prior to the filing of the appeal, or $25,200, plus interest at the rates actually accruing to this firm's trust account as from January 1, 2005 (the account was actually opened some days before that, but let us use January 1 for simplicity);

    b. The appeal retainer, of $50,000, plus interest at the same rates as (a) as from April 1, 2005 (I can provide you with a detailed statement of the applicable interest rates if you want to check my arithmetic);

    c. The appeal balance (that is, the amount in excess of $50,000 actually billed by the firm and accounted for in periodic statements), or $58,048.50, without interest;

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
CHICAGO
DALLAS
DENVER
FORT LAUDERDALE
LOS ANGELES
MIAMI
NEW JERSEY
NEW YORK
ORANGE COUNTY, CA
ORLANDO
PHILADELPHIA
PHOENIX
SILICON VALLEY
TALLAHASSEE
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
WILMINGTON
ZURICH

Greenberg Traurig, LLP | Attorneys at Law | 800 Connecticut Avenue, NW | Suite 500 | Washington, D.C. 20006
Tel 202.331.3100 | Fax 202.331.3101

www.gtlaw.com

Steven R. Perles, Esq.
May 14, 2007
Page 2 of 3

    d.    The agreed premium of 50% of the number stated in part (c), or $29,024.25, without interest; and

    e.    Miscellaneous district court-related litigation fees incurred during 2006, $3,414.50, plus unbilled costs of $9.08, or $3,423.58.

This will bring us current prior to the sending of a bill for services in connection with the case since the appellate decision. Please note that I closed the appeal file, and resumed billing on a straight-time (*i.e.*, no premium) basis as soon as the appellate decision was received and reviewed. In particular, fees incurred in connection with the petition for rehearing, and the time already spent in preparing for the remand, are not included in this bill, and are also not subject to the plus-billing arrangement that you and I agreed.

We have not yet prepared our first post-appeal bill. We will be prepared to carry that bill, any future bills in connection with district court proceedings. However, we seek your commitment that these sums will be paid in full, no later than the time when the dispute with Tom Fay is resolved. If they are not fully liquidated by September 30 of this year, we will need to reach another agreement regarding interest.

Here is a recap of the fees currently owed this firm, pursuant to our agreement. I have calculated interest through April 30, 2007:

| Item | Principal | Interest | Total |
| --- | --- | --- | --- |
| A | $25,200.00 | $1,425.53 | $26,625.53 |
| B | $50,000.00 | $2,648.51 | $52,648.51 |
| C | $58,048.50 | -0- | $58,048.50 |
| D | $29,024.25 | -0- | $29,024.25 |
| E | $3,423.58 | -0- | $3,423.58 |
| Total | $165,696.33 | $4,074.04 | $169,770.37 |

The amount, therefore, that you owe this firm today is $169,770.37. Again, this does not include work-in-progress relating to the petition for rehearing and the remand to district court: these matters have not yet been billed, but will be entered into the system within the coming days. The order of magnitude is currently around $25,000 through the end of April.

Steven R. Perles, Esq.
May 14, 2007
Page 3 of 3

As you know, the firm received a transfer of some $1.6 million shortly after I came here from Patton Boggs in October 2004. That sum was placed in an interest-bearing account, and it remained there (reduced only by one fee payment, and a few small disbursement payments) until May, 2005. At that time, Judge Kay approved the posting of $1,450,000 from that account in lieu of a supersedeas bond.

The balance continued to accrue interest until August 31, 2005, when its balance reached $158,396.13. On that day, I apparently made a mistake: I directed that it be transferred into a non-interest account.

Although I am not sure I can reconstruct what happened or why, the error was solely mine, and it would be unfair to ask you to pay for it. Had the $158,396.13 continued to accrue interest, the balance on April 30, 2007, would be $165,566.23. You should be given credit for that amount on deposit with this firm.

The difference between that balance and the debt owed to the firm is just over $4,000.00. If you indicate your agreement promptly, I propose to wipe out that difference. I will accept the total balance of the trust account as payment in full of your current debts to this firm.

Please review this letter promptly, and give me authority to proceed in the manner I have proposed, by directing me to pay to the firm all of the money now on deposit with Greenberg Traurig.

Thanks for dealing with this, and for your continuing confidence in me as your counsel in the *Kagy* litigation.

Yours sincerely,

*[signature]*

Steven M. Schneebaum