# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Thomas Fortune Fay,**  )<br>  )<br> **Plaintiff,**  )<br>  )<br> v.  )<br>  )<br> **Steven R. Perles, et al.,**  )<br> **Defendants.**  )<br>  ) | Case No. 1:05cv01209 (PLF) |

### ORDER

On consideration of the plaintiff's motion to consolidate, and any opposition thereto, it is,

this ___ day of August, 2007,

ORDERED that the motion be and it hereby is GRANTED.

Dated: _____        _____
                                                                  United States District Judge

1