## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THOMAS F. FAY** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil No. 1:05CV01209** |
| ) | |
| **STEVEN R. PERLES,** ) | |
| ) | |
| **and** ) | |
| ) | |
| **GREENBERG TRAURIG, LLP,** ) | |
| ) | |
| **Defendants.** ) | |

### DEFENDANT PERLES' MOTION TO DISQUALIFY PLAINTIFF'S COUNSEL[1]

Defendant, Steven R. Perles, by his undersigned counsel, and pursuant to Rule 7 of the Federal Rules of Civil Procedure, hereby moves to disqualify Plaintiff's counsel of record, Mr. John W. Karr, from representing Plaintiff in this proceeding. The grounds in support of Defendant Perles' Motion to Disqualify Plaintiff's Counsel ("Motion") are set forth in the accompanying Memorandum of Law and the exhibits attached thereto which are incorporated herein by reference.   Defendant Greenberg Traurig, LLP, does not oppose the Motion.

---

[1]  Although a stay order is in effect in this matter, Judge Friedman, at the June 8, 2007 status conference, specifically requested Mr. Perles to file the Motion so he could rule on it at an early stage of the litigation. Moreover, the disposition of the present Motion is collateral to the stay order because it does not ask the Court to make a determination as to any claims or defenses involved in this litigation.   The Motion addresses attorney conduct and Mr. Perles' rights in connection with such conduct which must be vindicated now as opposed to after the stay order has expired.

Respectfully submitted,


BREGMAN, BERBERT, SCHWARTZ
& GILDAY, LLC

By:_____/s/_____
Douglas M. Bregman, Bar No. 218354
Edward P. Henneberry, Bar No. 15251
7315 Wisconsin Avenue
Suite 800 West
Bethesda, Maryland 20814
(301) 656-2707
*Counsel for Defendant Steven R. Perles*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of August, 2007, a copy of the foregoing Motion to Disqualify was served upon the following by first class mail, postage prepaid, and by electronic mail:

John W. Karr, Esq.
Karr & Allison
Suite 300
1920 N Street, N.W.
Washington, D.C. 20036
*Counsel for Plaintiff*

Eric C. Rowe, Esq.
Geoffrey J. Greeves, Esq.
Greenberg Traurig, LLP
800 Connecticut Avenue, N.W.
Washington, D.C. 20006
*Counsel for Defendant Greenberg Traurig, LLP*


___/s/_____
Edward P. Henneberry