# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THOMAS FORTUNE FAY,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**STEVEN R. PERLES,** )<br>)<br>**and** )<br>)<br>**GREENBERG TRAURIG LLP,** )<br>)<br>**Defendants.** )<br>) | Case Number 1:05CV01209 (PLF) |

## ORDER

Before the Court, at Docket # 34, is the Motion Of Plaintiff To Consolidate This Case With Case No. 1:01cv105 (ESH) And For An Order Preserving Funds Now On Deposit In The Registry Of The Court ("the Motion"). Upon consideration of the Motion and the Defendants' Opposition thereto, the Court finds that the Motion, and all relief sought therein should be denied.

The Motion is therefore DENIED.

So ordered, this ___ day of _____, 2007.

_____
The Honorable Paul L. Friedman
United States District Judge