# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Thomas Fortune Fay,** )<br>)<br>　　　　**Plaintiff,** )<br>)<br>　　v. )<br>)<br>**Steven R. Perles, et al.,** )<br>)<br>　　　　**Defendants.** )<br>_____ ) | Case No. 1:05cv01209 (PLF) |

### DECLARATION OF JOHN W. KARR

I, John W. Karr, hereby declare and affirm:

1. I am an attorney at law, duly licensed and admitted to practice before the Court of Appeals of the District of Columbia and this Court. All of the matters stated in this declaration are true and within my personal knowledge.

2. I have known the plaintiff, Thomas Fortune Fay, Esq., for more than 30 years, and have represented him in various legal activities for the past decade.

3. To the best of my recollection, prior to the institution of this lawsuit, I have encountered and spoken with the defendant, Steven R. Perles, only once, on April 3, 2001, in the context of a meeting to which we were separately invited and which we both attended in New York City with representatives of the American Jewish Committee, a meeting at which we represented different clients with different agendas.

4. Since meeting Mr. Perles in New York I have never spoken with him and, apart from

information provided by my client, Mr. Fay, after he retained me to represent him in this case, and information generated by investigation and discovery concerned with the case, I have not seen or heard anything whatsoever about any facts associated with this case about which I could testify that may be relevant to any issue in this case or that could conceivably lead to the discovery of admissible evidence.

     5. In my representation of certain clients of the Fay/Perles partnership, I have never consulted with Mr. Perles, and never learned anything of the operation of the Fay/Perles partnership. This representation has consisted of obtaining videotaped depositions of our clients, certain U.S. Marines and surviving family members, and collecting financial and other background evidence for use in obtaining individual damage computations in the *Peterson* litigation.

     I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on August 20, 2007, at Washington, District of Columbia.

                                                    /s/ **John W. Karr**
                                                John W. Karr