# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Thomas Fortune Fay,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:05cv01209 (PLF) |
| ) | |
| **Steven R. Perles, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

On consideration of the motion of defendant, Steven R. Perles to disqualify counsel for plaintiff, plaintiff's opposition thereto and any argument heard thereon, it is, by the Court, this ___ day of August, 2007,

ORDERED, that the said motion be and it hereby is DENIED; and it is,

FURTHER ORDERED, that Steven Perles shall pay to plaintiff Thomas F. Fay and his counsel, on or before _____, the sum of $_____.

_____
United States District Judge