UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS FORTUNE FAY, <br><br> Plaintiff, <br><br> v. <br><br> STEVEN R. PERLES, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-1209 (PLF) <br> ) <br> ) <br> ) <br> ) |

ORDER

This matter is before the Court on [34] the motion of plaintiff to consolidate this case with Civil Action No. 01-0105. With consent of all parties in Civil Action No. 01-0105, that case is before Magistrate Judge Kay for all purposes. See Local Civil Rule 73.1(a). Pursuant to Local Civil Rule 40.5(d), a motion to consolidate must be decided by the judge with the lower numbered case. Accordingly, the Court refers the motion to consolidate the instant case (Civil Action No. 05-1209) with Civil Action No. 01-0105 to Magistrate Judge Kay.[1] In doing so, however, the Court notes that the defendants in Civil Action No. 05-1209 have objected to the instant case being decided on its merits by a magistrate judge. It therefore appears that unless the defendants change their view with respect to that matter, Magistrate Judge Kay may be unable to grant plaintiff's motion to consolidate on its merits; but that is a matter for Magistrate Judge Kay to resolve.

---

[1] See also Local Civil Rule 72.2.

Furthermore, in his motion to consolidate, Mr. Fay indicates that he objects to the undersigned continuing to preside in this case, Civil Action No. 05-1209, because Steven Schneebaum, who serves as a designee of the Special Master before the undersigned in <u>Petties v. District of Columbia</u>, Civil Action No. 95-0148, is likely to be a witness in this case, and there will be credibility determinations at issue.  <u>See</u> Motion at 2.  In his reply memorandum, however, Mr. Fay suggests that he is not asking the undersigned to disqualify himself but simply responding to the Court's invitation at the June 8, 2007 status conference "for objections, if any, to his [the undersigned] presiding over the case [Civil Action No. 05-1209] because of a close working relationship with Mr. Schneebaum, who is expected to be a witness in this case."  Reply at 8.

In view of the fact that this Court stayed all proceedings in Civil Action 05-1209 until after the conclusion of <u>Perles v. Kagy</u>, Civil Action No. 01-0105, by Minute Order of June 25, 2007, the Court finds it unnecessary to address this question now or even to determine whether it is or is not a request for disqualification.  Once the stay of this matter is lifted, if Mr. Fay would like to object to the undersigned's continuing to preside over this matter, he may file a formal motion to disqualify.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  October 25, 2007

2