## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**Thomas Fortune Fay**
    **Plaintiff**

      **v.**　　　　　　　　　　　　　**Civil No.1:05CV01209(PLF)**

**Steven R. Perles, et al.**
    **Defendants**

### NOTICE PURSUANT TO MINUTE
### ORDER OF COURT DATED 6/25/2007

Notice is herewith given in accordance with the Minute Order of this Court dated June 25, 2007, that the final Order in the litigation in this Court styled <u>Perles</u> v. <u>Kagy</u>, Civil Action 1:01cv105, was entered on November 14, 2007, followed by entry on December 3, 2007, of a "Clerk's Judgment."[1] No appeal has been noted from the final Order of November 14, 2007.

**Date: 12/18/2007**　　　　　　　　　　　*John W. Karr*_____
　　　　　　　　　　　　　　　　　　　　**John W. Karr(U.B.#57430)**
　　　　　　　　　　　　　　　　　　　　**Karr & Allison, PC**
　　　　　　　　　　　　　　　　　　　　**Suite 300**
　　　　　　　　　　　　　　　　　　　　**1920 N Street, NW**
　　　　　　　　　　　　　　　　　　　　**Washington, DC 20036**
　　　　　　　　　　　　　　　　　　　　**202/331-7600**
　　　　　　　　　　　　　　　　　　　　**Attorney for Intervenor/Plaintiff**
　　　　　　　　　　　　　　　　　　　　**Thomas Fortune Fay**

---

[1] So described on docket.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was transmitted through the electronic filing system (ECF) of the Court this 18th day of December, 2007 to:

Edward Paul Henneberry, Esq.
BREGMAN, BERBERT, SCHWARTZ &
GILDAY, LLC
7315 Wisconsin Avenue
Bethesda, MD 20814

Eric C. Rowe, Esq.
Geoffrey J. Greeves, Esq.
GREENBERG TRAURIG, L.L.P.
800 Connecticut Avenue, NW
Suite 500
Washington, DC 20006

*John W. Karr*