UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS FORTUNE FAY, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>STEVEN R. PERLES, )<br>)<br>and )<br>)<br>GREENBERG TRAURIG LLP, )<br>)<br>Defendants. )<br>) | Case Number 1:05CV01209 (PLF) |

### NOTICE THAT *PERLES V. KAGY* HAS CONCLUDED

Pursuant to the Court's Minute Order dated June 25, 2007, Defendants hereby give notice that the case styled *Perles v. Kagy*, No. 1:01cv105 (AK) has concluded. Judgment was entered on December 3, 2007 (Docket # 165) and the time for appeal expired on January 2, 2008. Satisfaction of Judgment was entered on December 21, 2007 ( Docket # 168). Defendants respectfully request that the Court dissolve the stay.

Date:  January 7, 2008                                   Respectfully submitted,

/s/ Douglas M. Bregman by Eric C. Rowe
Douglas M. Bregman, 218354
Edward P. Henneberry, 456202
BREGMAN, BERBERT, SCHWARTZ
& GILDAY, LLC
7315 Wisconsin Avenue, Suite 800 West
Bethesda, Maryland 20814
(301) 656-2707
*Counsel for Defendant Steven R. Perles*

      /s/ Eric C. Rowe
Eric C. Rowe,  D.C. Bar No. 466182
Greenberg Traurig LLP
2101 L Street , N.W., Suite 1000
Washington, D.C.  20037
(202) 331-3100
*Counsel for Defendant Greenberg Traurig LLP*

1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon the following by first-class mail, postage prepaid, and by email this 7th day of January 2008:

>John W. Karr, Esq.
>Karr & Allison
>Suite 300
>1920 N Street, N.W.
>Washington, D.C. 20036
>jwkarr@msn.com
>
>Douglas Bregman, Esq.
>Edward Paul Henneberry, Esq.
>Bregman, Berbert, Schwartz & Gilday PLLC
>7315 Wisconsin Avenue
>Bethesda, Maryland 20814

          /s/ Eric C. Rowe
          Eric C. Rowe