# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Thomas Fortune Fay,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:05cv01209 (PLF)** |
| | ) | |
| **Steven R. Perles, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## CONSENT MOTION TO RESCHEDULE STATUS CONFERENCE

Plaintiff, by counsel and with the consent of both defendants, moves for an order rescheduling the status conference currently set for January 31, 2008, for the reason that plaintiff's counsel has a previously scheduled mediation in Superior Court in Campbell-Crane & Associates, Inc., *et al.* Case No. 2006-ca-005817 B, set at the same time and date as the status conference herein.  Plaintiff reports that all counsel for the parties in this action are available any time on Friday, February 1st and on Monday, February 4th.

WHEREFORE, plaintiff requests that the status hearing be rescheduled on February 1st or February 4th.

Respectfully submitted,

                                   /s/   John W. Karr
                                   John W. Karr
                                   Karr & Allison, P.C.
                                   1300 19th Street, NW    Suite 402
                                   Washington, DC   20036
                                   202-331-7600
                                   jwkarr@msn.com
                                   Attorneys for plaintiff

Dated: January 18, 2007

## CERTIFICATE OF SERVICE

   I certify that copies of the foregoing consent motion to reschedule the status conference

were served by e-mail this 18th day of January, 2008,  to:

         Douglas Bregman, Esq. and Edward Paul Henneberry, Esq.
         Bregman, Berbert, Schwartz & Gilday PLLC
         7315 Wisconsin Avenue
         Washington, DC   20036
         Attorneys for defendant, Steven R. Perles
         dbregman@bregmanlaw.com

         Eric C. Rowe, Esq. and Geoffrey J. Greeves, Esq.
         Greenberg Traurig, LLP
          800 Connecticut Avenue, NW
         Washington, DC   20006
          Attorneys for defendant Greenberg Traurig LLP

          rowee@gtlaw.com


                                    /s/   John W. Karr