UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS FORTUNE FAY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEVEN R. PERLES, )<br>)<br>and )<br>)<br>GREENBERG TRAURIG LLP, )<br>)<br>Defendants. )<br>) | Civil Action No. 05-1209(PLF)(AK) |

**UNOPPOSED MOTION FOR ADMISSION PRO HAC VICE OF
PRECIOUS MURCHISON**

Pursuant to Local Rule 83.2(d) of the United States Court for the District of Columbia, Eric C. Rowe, a member of the Bar of this Court, and an attorney of record for Defendant Greenberg Traurig LLP in this action, hereby respectfully moves the admission pro hac vice of Precious Murchison to participate in the action on behalf of Greenberg Traurig LLP.  In support thereof, Movant submits:

1. Ms. Murchison is highly knowledgeable regarding the dispute between the parties, thus, it would be economical, as well as efficient, to allow Ms. Murchison to appear in this action.

2. Undersigned counsel has contacted John W. Karr, Esq. and Douglas Bregman, Esq. concerning this Motion, and is authorized to represent that neither Plaintiff Fay nor Defendant Perles oppose this Motion.

3. A Declaration signed by Ms. Murchison as required by Local Rule 83(d) is attached hereto.

4. A proposed Order granting Ms. Murchison's admission is attached hereto.

WHEREFORE, Eric C. Rowe, counsel for Defendant Greenberg Traurig LLP, respectfully requests that the Court grant this Motion and enter an order authorizing Precious Murchison to appear pro hac vice and to participate in the above-captioned action on behalf of Greenberg Traurig LLP.

Respectfully submitted this 31st day of January, 2008.

For Defendant Greenberg Traurig LLP:

_____/s/_____
Eric C. Rowe, 466182
Geoffrey J. Greeves, 463035
Greenberg Traurig LLP
2101 L Street, N.W., Suite 1000
Washington, D.C. 20037
(202) 331-3100 (phone)
(202) 331-3101 (fax)
email: rowee@gtlaw.com
        greevesg@gtlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Motion was served upon the following by first-class mail, postage prepaid, and by email:

           John W. Karr, Esq.
           Karr & Allison
           Suite 300
           1920 N Street, N.W.
           Washington, D.C.  20036
           jwkarr@msn.com

           Douglas Bregman, Esq.
           Edward Paul Henneberry, Esq.
           Bregman, Berbert, Schwartz & Gilday PLLC
           7315 Wisconsin Avenue
           Bethesda, Maryland  20814
           dbregman@bregmanlaw.com
           thennebery@bregmanlaw.com

                               _____/s/_____
                                 Eric C. Rowe