UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS FORTUNE FAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| STEVEN R. PERLES, ) | Civil Action No. 05-1209(PLF)(AK) |
| ) | |
| and ) | |
| ) | |
| GREENBERG TRAURIG LLP, ) | |
| ) | |
| Defendants. ) | |

**DECLARATION IN SUPPORT OF MOTION FOR
ADMISSION PRO HAC VICE OF PRECIOUS MURCHISON**

Precious Murchison, being duly sworn, hereby deposes and states as follows:

1. My full name is Precious Murchison Gittens.

2. I am an attorney employed with the firm Greenberg Traurig, LLP with offices at 2101 L Street, N.W., Suite 1000, Washington, D.C. 20037. My office telephone number is (202)-331-3100.

3. On December 12, 2001, I was admitted as an attorney of the Court of Appeals of Maryland, and I am a member in good standing of the Maryland State Bar. I have not been admitted to any bar other than the Maryland Sate Bar, although I presently have an application pending for admission to the District of Columbia Bar.

4. I have never been admitted *pro hac vice* in the United States District Court for the District of Columbia, although I did practice in this Court

pursuant to Local Rule 83.2(e) in 2006 and 2007 in connection with my former employment as an Assistant United States Attorney for the District of Columbia.

5.     I have never been disciplined by any bar, and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  January 31, 2008.

_____/s/_____
PRECIOUS MURCHISON GITTENS