UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
THOMAS FORTUNE FAY,           )
                              )
         Plaintiff,           )
                              )
    v.                        )
                              )
STEVEN R. PERLES,             )     Civil Action No. 05-1209(PLF)(AK)
                              )
         and                  )
                              )
GREENBERG TRAURIG LLP,        )
                              )
         Defendants.          )
_____)

## ORDER

Upon consideration of the Unopposed Motion for Admission *Pro Hac Vice* filed by Eric C. Rowe, Esq., a member in good standing in the bar of this Court, and it appearing that good cause exists for granting said Motion, and upon consideration of the entire record, it is hereby,

**ORDERED**, that the Motion be, and it hereby is, **GRANTED**; and it is further

**ORDERED**, that Precious Murchison, Esq., be admitted to appear *pro hac vice* in this Court on behalf of Defendant Greenberg Traurig LLP in the above-captioned case pending before this Court.

**SO ORDERED**.

_____
PAUL L. FRIEDMAN
United States District Judge

Date: _____