IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS F. FAY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 1:05CV01209 |
| ) | |
| STEVEN R. PERLES, ) | |
| ) | |
| and ) | |
| ) | |
| GREENBERG TAURIG, LLP, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT PERLES' MOTION TO DISQUALIFY PLAINTIFF'S COUNSEL**[1]

Defendant, Steven R. Perles, by his undersigned counsel, and pursuant to Rule 7 of the Federal Rules of Civil Procedure, hereby moves to disqualify Plaintiff's counsel of record, Mr. John W. Karr, from representing Plaintiff in this proceeding. The grounds in support of Defendant Perles' Motion to Disqualify Plaintiff's Counsel ("Motion") are set forth in the accompanying Memorandum of Law and the exhibits attached thereto which are incorporated herein by reference. Defendant Greenberg Taurig, LLP, does not oppose the Motion.

---

[1] Defendant Perles filed the instant Motion to Disqualify ("Motion") on August 7, 2007. By Minute Order entered on November 8, 2007, that Motion was denied, *without prejudice*, "to its being refiled once the stay of this matter was lifted." On February 1, 2008, this Court lifted the stay of this matter. Accordingly, Defendant Perles hereby refiles his Motion and its accompanying Memorandum of Law pursuant to the direction of the Court. With the exception of the statements contained in this footnote, the Motion and its accompanying Memorandum of Law are identical to those papers filed with the Court on August 7, 2007.

Respectfully submitted,

BREGMAN, BERBERT, SCHWARTZ
& GILDAY, LLC

By: /s/
Douglas M. Bregman, Bar No. 218354
Edward P. Henneberry, Bar No. 15251
7315 Wisconsin Avenue
Suite 800 West
Bethesda, Maryland 20814
(301) 656-2707
*Counsel for Defendant Steven R. Perles*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of February, 2008, a copy of the foregoing Motion to Disqualify was served upon the following by first class mail, postage prepaid, and by electronic mail:

John W. Karr, Esq.
Karr & Allison
Suite 300
1920 N Street, N.W.
Washington, D.C. 20036
*Counsel for Plaintiff*

Eric C. Rowe, Esq.
Geoffrey J. Greeves, Esq.
Greenberg Traurig, LLP
800 Connecticut Avenue, N.W.
Washington, D.C. 20006
*Counsel for Defendant Greenberg Traurig, LLP*

/s/
Edward P. Henneberry