# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS F. FAY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 1:05CV01209 |
| ) | |
| STEVEN R. PERLES, ) | |
| ) | |
| and ) | |
| ) | |
| GREENBERG TRAURIG, LLP, ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT OF STEVEN R. PERLES

I, Steven R. Perles, being over eighteen years of age and competent to testify in a court of law, do hereby depose and state as follows

1. I am a member in good standing of the Bar of the District of Columbia. I am currently in private practice and operate my own law practice known as The Perles Law Firm, P.C., located at 1146 19th Street, N.W., Washington, D.C. 20036.

2. Since 1986, my law practice has been devoted to representing the families of American victims of terrorist attacks and other international outlaw conduct abroad in lawsuits against foreign governments who have sponsored and/or provided material support to the perpetrators of such conduct.

3. In order to assist my law practice with the representation of such individuals, I associated myself with Thomas F. Fay, Esq. Mr. Fay provided professional services concerning various aspects of those cases including, but not limited to, proof of



EXHIBIT C

damages. Mr. Fay operates his own law practice in the District of Columbia known as Thomas F. Fay, P.C.

4. In or about 1996, the Perles and Fay law practices entered into a partnership arrangement for the purpose of representing persons qualified to bring claims under the Foreign Sovereign Immunities Act ("FSIA"), 28 U.S.C. § 1605 *et seq.*, and we labeled our partnership agreement the "Fay and Perles, FSIA Litigation." On February 26, 2001, this Partnership Agreement was reduced to writing.

5. To assist the Perles/Fay partnership in collecting funds relating to judgments entered in connection with the terrorism cases, the partnership hired a number of attorneys to work with experts to calculate damages and offer proof at evidentiary hearings relating to damages. Under the terms of the Partnership Agreement and through course of dealing, Mr. Fay and I agreed to and did bear an equal share in the fees owed to experts, investigators, and attorneys who provided professional services in connection with various terrorism cases.

6. For example, in the matter known as *Peterson, et al. v. The Islamic Republic of Iran*, Civil No. 1:01CV02094 (RCL) (D.D.C. 2001) ("*Peterson* litigation"), the partnership has hired Mr. John W. Karr, Esq., Plaintiff's counsel in the present proceeding, to assist the partnership in proving damages in connection with the judgment entered as to liability entered in that case on May 30, 2003.

7. The *Peterson* litigation was brought on behalf of some 850 individual family members and estates of the 241 deceased Marines who were the victims of 1983 suicide bombing of the Marine barracks in Beirut, Lebanon. The action also includes a modest number of survivors of the attack and their immediate family members. Due to

2

the enormity of this litigation, the partnership retained approximately 15 damages attorneys in or around 2003, like Mr. Karr, and assigned each of them a block of approximately 10-15 families. Similar to the other damages attorneys involved in the *Peterson* litigation, Mr. Karr was responsible for proving damages on behalf of the assigned family members the were assigned to him by the partnership.

8. In that regard, Mr. Karr's job duties included, but were not limited to, interviewing witnesses, preparing the families for damages hearings before special masters, and attending evidentiary damage hearings before special masters, and otherwise assisting experts in calculating damage figures to be proven at evidentiary hearings relating to that litigation.

9. In connection with his legal services in the *Peterson* litigation, Mr. Karr entered into a written fee agreement with the partnership under which he is entitled to receive approximately 3% of the damages that are awarded to and collected by the block of families that he represented on behalf of the partnership when those funds are made available by the U.S. Treasury Department.

10. Special masters assigned to review and weigh evidence relating to potential damage awards in the *Peterson* litigation have already issued reports finding that the average damage award per family member will be approximately $20 million. These reports are before Judge Lambreth for final review and/or modification. Accordingly, if Mr. Karr represents 10 families, he stands to earn approximately $6

million which will be paid out of the funds received by the partnership from the *Peterson* litigation.[1]

11. Pursuant to the Perles/Fay Partnership Agreement, I am responsible for my co-equal share of the fee earned by Mr. Karr for his work in the *Peterson* litigation. Indeed, this arrangement is consistent with the terms of the Partnership Agreement and the parties' course of dealing as Mr. Fay and I have agreed to and did pay our equal shares of the fees owed to various other professionals retained in connection with the terrorism cases.

12. Mr. Karr works for the partnership, receives instructions from the partnership, and is required to provide reports concerning the status of the *Peterson* litigation as it relates to the Plaintiff family members assigned to him by the partnership. Given his work with the Perles/Fay Partnership, Mr. Karr has firsthand knowledge of the terms of the agreement between the partners to share equally in the fees and expenses of the professionals we retained to perform various services. In that regard, Mr. Karr and the other damage attorneys may be called as fact witnesses in this litigation to offer testimony concerning their knowledge as to the contractual and/or working arrangement between the parties and/or any discussions that Mr. Karr may have had with Mr. Fay regarding the same.

13. At no time prior to the initiation of this lawsuit, did Mr. Karr disclose to me his intention to represent Mr. Fay in this matter or attempt to secure my consent to such representation. I did not know of Mr. Karr's role in this proceeding until after being served with a copy of the Complaint filed by Mr. Fay.

---

[1] The $6 million figure is calculated as follows: 10 family members multiplied by $20 million equals $200 million. As Mr. Karr's fee arrangement is for 3% of this total amount under this example, he would earn $6 million.

4

14. Further Affiant sayeth not.

## AFFIRMATION

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY AND UPON PERSONAL KNOWLEDGE THAT THE CONTENTS OF THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT.

Date: 31 July 07     By: _____
                          Steven R. Perles, Esq.


State of _District of Columbia_

County of _District of Columbia_

Personally appeared before me, a Notary Public, in and for said county and state, on this 31st day of July, 2007, the within named Steven R. Perles, known to me, or satisfactorily proven, to be the person whose name is subscribed to the within the instrument and who acknowledges that he executed the same for the purpose therein contained.

_____
Notary Public

Print Name: _Keyauna Chase_

My Commission Expires:
October 14, 2011

F:\Home\THenneberry\Perles, Steven\Motion to Disqualify\Perles Affidavit V5 - CLEAN.DOC

Ted Henneberry - Activity in Case 1:05-cv-01209-PLF FAY v. PERLES et al Motion to Disqualify Counsel

**From:** <DCD_ECFNotice@dcd.uscourts.gov>
**To:** <DCD_ECFNotice@dcd.uscourts.gov>
**Date:** 08/07/2007 1:19 PM
**Subject:** Activity in Case 1:05-cv-01209-PLF FAY v. PERLES et al Motion to Disqualify Counsel

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Columbia

## Notice of Electronic Filing

The following transaction was entered by Henneberry, Edward on 8/7/2007 at 1:18 PM and filed on 8/7/2007
**Case Name:** FAY v. PERLES et al
**Case Number:** 1:05-cv-1209
**Filer:** STEVEN R. PERLES
**Document Number:** 35

**Docket Text:**
MOTION to Disqualify Counsel *and Memorandum of Law in Support Thereof* by STEVEN R. PERLES (Attachments: # (1) Statement of Facts And Memorandum of Law in Support of Motion to Disqualify# (2) Exhibit A-Partnership Agreement# (3) Exhibit B-Trial Transcript# (4) Exhibit C-Affidavit of Steven Perles)(Henneberry, Edward)


**1:05-cv-1209 Notice has been electronically mailed to:**

Theodore S. Allison   tsallison@aol.com

Geoffrey J. Greeves   greevesg@gtlaw.com, caudellt@gtlaw.com

Edward Paul Henneberry   thenneberry@bregmanlaw.com, ahatchett@bregmanlaw.com, dbregman@bregmanlaw.com

John W. Karr   jwkarr@msn.com

Eric C. Rowe   rowee@gtlaw.com, esperw@gtlaw.com, gunng@gtlaw.com

**1:05-cv-1209 Notice will be delivered by other means to::**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** F:\Home\THenneberry\Perles, Steven\Motion to Disqualify\Motion to Disqualify.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=8/7/2007] [FileNumber=1518042-0]
[5adda46815e3aec75653ee382a565ca50d31a85e7ecb36bc1f4e977ea2aded5272a77
8000b90da84f98e55f1eb8217532a036f8b1b12694954979598914d666e]]
**Document description:** Statement of Facts And Memorandum of Law in Support of Motion to Disqualify
**Original filename:** F:\Home\THenneberry\Perles, Steven\Motion to Disqualify\Memorandum of Law.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=8/7/2007] [FileNumber=1518042-1]
[4d5f0e739bebdf3490ddd3c6626a0bdaa279b7141a13fa4ee858fbbaea408a0a6d086
5a03e8d46cb2a814e2ef6ea4305f3c041b8af5a6a3421932e25969a6e43]]
**Document description:** Exhibit A-Partnership Agreement
**Original filename:** F:\Home\THenneberry\Perles, Steven\Motion to Dismiss\Ex. B - Partnership Agreement.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=8/7/2007] [FileNumber=1518042-2]
[a908a98583e5245d571290311318e72e21670743efd6d521335ba738dc9c1f0ac5fb5
ce3a298fbe7d625108dc22e6aeba6e21f13ebd899e39c44247cd29ce288]]
**Document description:** Exhibit B-Trial Transcript
**Original filename:** F:\Home\THenneberry\Perles, Steven\Motion to Stay\Motion to Stay PDF\Ex B Trial Transcript.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=8/7/2007] [FileNumber=1518042-3]
[287a28681c2f8ee6f5361a2ac2365a8a2709ac38e1d0e411273b65d3c18ed74464386
3e8d058a9134cc2b0c9c34706e46425dc88dc44e956b468771ec7fe3fc3]]
**Document description:** Exhibit C-Affidavit of Steven Perles
**Original filename:** F:\Home\THenneberry\Perles, Steven\Motion to Disqualify\Affidavit.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=8/7/2007] [FileNumber=1518042-4]
[0f4558672766521f03d8597b0fa5c5f700dfdcb7c94a0cb1fae6b73359498659f676b
814322143f33476732e47a3dad1f7163f6f4cce5bd1605585602edfebca]]

**Motions**
1:05-cv-01209-PLF FAY v. PERLES et al
TYPE-E

# U.S. District Court

## District of Columbia

## Notice of Electronic Filing

The following transaction was entered by Henneberry, Edward on 8/7/2007 at 1:18 PM and filed on 8/7/2007

**Case Name:**      FAY v. PERLES et al
**Case Number:**    1:05-cv-1209
**Filer:**          STEVEN R. PERLES
**Document Number:** 35

**Docket Text:**
MOTION to Disqualify Counsel *and Memorandum of Law in Support Thereof* by STEVEN R. PERLES (Attachments: # (1) Statement of Facts And Memorandum of Law in Support of Motion to Disqualify# (2) Exhibit A-Partnership Agreement# (3) Exhibit B-Trial Transcript# (4) Exhibit C-Affidavit of Steven Perles)(Henneberry, Edward)


**1:05-cv-1209 Notice has been electronically mailed to:**

Theodore S. Allison    tsallison@aol.com

Geoffrey J. Greeves    greevesg@gtlaw.com, caudellt@gtlaw.com

Edward Paul Henneberry    thenneberry@bregmanlaw.com, ahatchett@bregmanlaw.com, dbregman@bregmanlaw.com

John W. Karr    jwkarr@msn.com

Eric C. Rowe    rowee@gtlaw.com, esperw@gtlaw.com, gunng@gtlaw.com

**1:05-cv-1209 Notice will be delivered by other means to::**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** F:\Home\THenneberry\Perles, Steven\Motion to Disqualify\Motion to Disqualify.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=8/7/2007] [FileNumber=1518042-0]
[5adda46815e3aec75653ee382a565ca50d31a85e7ecb36bc1f4e977ea2aded5272a77

8000b90da84f98e55f1eb8217532a036f8b1b12694954979598914d666e]]
**Document description:**Statement of Facts And Memorandum of Law in Support of Motion to Disqualify
**Original filename:**F:\Home\THenneberry\Perles, Steven\Motion to Disqualify\Memorandum of Law.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=8/7/2007] [FileNumber=1518042-1]
[4d5f0e739bebdf3490ddd3c6626a0bdaa279b7141a13fa4ee858fbbaea408a0a6d086
5a03e8d46cb2a814e2ef6ea4305f3c041b8af5a6a3421932e25969a6e43]]
**Document description:**Exhibit A-Partnership Agreement
**Original filename:**F:\Home\THenneberry\Perles, Steven\Motion to Dismiss\Ex. B - Partnership Agreement.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=8/7/2007] [FileNumber=1518042-2]
[a908a98583e5245d571290311318e72e21670743efd6d521335ba738dc9c1f0ac5fb5
ce3a298fbe7d625108dc22e6aeba6e21f13ebd899e39c44247cd29ce288]]
**Document description:**Exhibit B-Trial Transcript
**Original filename:**F:\Home\THenneberry\Perles, Steven\Motion to Stay\Motion to Stay PDF\Ex B Trial Transcript.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=8/7/2007] [FileNumber=1518042-3]
[287a28681c2f8ee6f5361a2ac2365a8a2709ac38e1d0e411273b65d3c18ed74464386
3e8d058a9134cc2b0c9c34706e46425dc88dc44e956b468771ec7fe3fc3]]
**Document description:**Exhibit C-Affidavit of Steven Perles
**Original filename:**F:\Home\THenneberry\Perles, Steven\Motion to Disqualify\Affidavit.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=8/7/2007] [FileNumber=1518042-4]
[0f4558672766521f03d8597b0fa5c5f700dfdcb7c94a0cb1fae6b73359498659f676b
814322143f33476732e47a3dad1f7163f6f4cce5bd1605585602edfebca]]