UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THOMAS FORTUNE FAY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case Number 1:05CV01209 (PLF) |
| | ) |
| **STEVEN R. PERLES,** | ) |
| | ) |
| and | ) |
| | ) |
| **GREENBERG TAURIG, LLP,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**NOTICE OF ENTRY OF APPEARANCE**

To the Clerk of the Court:

    Please enter the appearance of the undersigned counsel as counsel of record for *Defendant Steven R. Perles* in the above-captioned matter:

        Douglas M. Bregman, # 218354
        Bregman, Berbert, Schwartz & Gilday, LLC
        7315 Wisconsin Avenue
        Suite 800 West
        Bethesda, Maryland 20814
        (301) 656-2707
        email: dbregman@bregmanlaw.com

Respectfully submitted,

BREGMAN, BERBERT, SCHWARTZ & GILDAY, LLC


_____/s/_____
Douglas M. Bregman, # 218354
Bregman, Berbert, Schwartz & Gilday, LLC
7315 Wisconsin Avenue
Suite 800 West
Bethesda, Maryland 20814
(301) 656-2707
*Counsel for Defendant Steven R. Perles*


**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Entry of Appearance was served on this 29th day of February, 2008, upon the following by first-class mail, postage prepaid, and by electronic filing:

Eric C. Rowe, Esq.
Greenberg Traurig, LLP
800 Connecticut Avenue, N.W.
Washington, D.C.  20006
rowee@gtlaw.com

John W. Karr, 57430
Karr & Allison, P.C.
1920 N Street, N.W.
Washington, D.C.  20036
(202) 331-7600 (phone)
(202) 293-3999 (fax)


_____/s/_____
Douglas M. Bregman