**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Thomas Fortune Fay,** )<br>)<br>**Plaintiff,** )<br>)<br>)<br>Vs. )<br>)<br>)<br>**Steven R. Perles, et al.,** )<br>)<br>**Defendants.** )<br>) | **Case No. 1:05-cv-01209 (PLF)** |

**JOINT REPORT OF THE PARTIES**

Pursuant to the Court's Order of February 28, 2008, the parties hereby submit this joint report, with respect to the issue of mediation.

1. Plaintiff, Thomas Fortune Fay ("Fay"), and Defendant, Steven R. Perles ("Perles"), are in agreement that mediation is appropriate in this case and that such mediation should take place before the parties engage in discovery. However, Fay and Perles are unable to agree upon a mediator. Fay would like the case to be referred to the Court's mediation program for the appointment of a mediator and the scheduling of mediation. Perles would like the case to be referred to Magistrate Judge John M. Facciola for mediation, and believes that the parties will have greater success resolving their dispute if the case is referred to Judge Facciola instead of the Court's mediation program.

2. Defendant, Greenberg Traurig, represents that it was not included as a participant in the proposed mediation, and therefore does not take a position regarding the conduct of the mediation.

Respectfully submitted,

BREGMAN, BERBERT, SCHWARTZ & GILDAY, LLC

By: _____/s/_____
Douglas M. Bregman, Bar No. 218354
Heather L. Kafetz, Bar No. 461941
dbregman@bregmanlaw.com
hkafetz@bregmanlaw.com
7315 Wisconsin Avenue
Suite 800 West
Bethesda, Maryland 20814
(301) 656-2707
*Counsel for Defendant Steven R. Perles*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of March, 2008, a copy of the foregoing Joint Status Report was served upon the following by first class mail, postage prepaid, and by electronic mail:

John W. Karr, Esq.
Karr & Allison
Suite 300
1920 N Street, N.W.
Washington, D.C. 20036
*Counsel for Plaintiff*

Eric C. Rowe, Esq.
Geoffrey J. Greeves, Esq.
Greenberg Traurig, LLP
800 Connecticut Avenue, N.W.
Washington, D.C. 20006
*Counsel for Defendant Greenberg Traurig, LLP*

_____/s/_____
Douglas M. Bregman