UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS FORTUNE FAY, )<br>)<br>      Plaintiff, )<br>)<br>      v. )<br>)<br>STEVEN R. PERLES, et al., )<br>)<br>      Defendants. )<br>) | Civil Action No. 05-1209 (PLF) |

MEDIATION REFERRAL ORDER

The parties filed a joint report with the Court on March 6, 2008. The parties agree that this case should be promptly referred for alternative dispute resolution. It is hereby ORDERED that

1. This matter is referred for mediation to commence immediately.

2. Upon receipt of this Order, counsel shall contact the Court's Alternative Dispute Resolution Program at (202) 216-7350.

3. The Clerk of the Court shall promptly furnish a copy of this Order to the Circuit Executive who shall designate a mediator.

4. Counsel and the parties, including persons with settlement authority, shall attend each mediation session.

5. Mediation shall conclude on or before June 30, 2008.

   6. If the case settles in whole or in part, counsel shall promptly advise the Court of the settlement by filing a stipulation or other appropriate papers.

  SO ORDERED.

              _____/s/_____
              PAUL L. FRIEDMAN
              United States District Judge

DATE: March 11, 2008