UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Thomas Fortune Fay,** | ) |
| **Plaintiff,** | ) |
| Vs. | ) |
| | ) Case No. 1:05-cv-01209 (PLF) |
| **Steven R. Perles, et al.,** | ) |
| **Defendants.** | ) |

## JOINT REPORT OF THE DEFENDANTS

Pursuant to the Court's Order of March 11, 2008, Defendants, Steven R. Perles ("Perles") and Greenberg Traurig LLP ("Greenberg Traurig"), hereby submit this joint report, with respect to the status of the pending Second Motion to Disqualify Counsel (the "Motion").

1.   Perles respectfully requests that this Court rule on the Motion prior to the parties engaging in the alternative dispute resolution ("ADR") process. For the reasons set forth in the Motion, Perles believes that Plaintiff's Counsel John W. Karr's participation in the ADR process would neither be appropriate, nor productive at this time.

2.   Perles filed a Memorandum of Law with the Motion on or about February 5, 2008. No opposition has been filed. Perles proposes that the Court permit the parties to file any opposing points and authorities to the Motion by April 2, 2008 and order that any reply thereto be filed by April 17, 2008.

3.   Greenberg Traurig represents that it was not included as a participant in the contemplated ADR process, and therefore it does not take a position regarding the ruling on the Motion prior to the ADR process. However, Greenberg Traurig does not oppose Perles' request

for a ruling on the Motion prior to the ADR process.

  4. Counsel for Perles attempted to contact Plaintiff's counsel by telephone to discuss the Plaintiff's position on the matters set forth in this Joint Report. However, such efforts to reach Plaintiff's counsel were unsuccessful.

    Respectfully submitted,

    BREGMAN, BERBERT, SCHWARTZ & GILDAY, LLC

    By: _____/s/_____
    Douglas M. Bregman, Bar No. 218354
    Heather L. Kafetz, Bar No. 461941
    dbregman@bregmanlaw.com
    hkafetz@bregmanlaw.com
    7315 Wisconsin Avenue
    Suite 800 West
    Bethesda, Maryland 20814
    (301) 656-2707 (phone)
    (301) 961-6525 (facsimile)
    *Counsel for Defendant Steven R. Perles*

-and-

Respectfully submitted,

GREENBERG TRAURIG LLP

    By: _____/s/_____
    Eric C. Rowe, # 466182
    Geoffrey J. Greeves, # 463035
    Precious Murchison
    (signed by Douglas M. Bregman with permission of Precious Murchison)
    greevesg@gtlaw.com
    murchisonp@gtlaw.com
    800 Connecticut Avenue, N.W.
    Washington, D.C. 20006
    (202) 331-3100 (phone)
    (202) 331-3101 (facsimile)
    *Counsel for Defendant Greenberg Traurig LLP*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of March, 2008, a copy of the foregoing Joint Status Report was served upon the following by ECF:

>John W. Karr, Esq.
>Karr & Allison
>Suite 300
>1920 N Street, N.W.
>Washington, D.C. 20036
>*Counsel for Plaintiff*

>_____/s/_____
>Douglas M. Bregman