United States District Court
for the District of Columbia

| | |
|---|---|
| Thomas Fortune Fay, | ) |
| | ) Case No. 1:05-01209 (PLF) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Steven R. Perles, and | ) |
| Greenberg Traurig, LLP, | ) |
| | ) |
| Defendants. | ) |

**Plaintiff's Further Report to the Court
Pursuant to March 11, 2008 Order**

    Plaintiff, by counsel undersigned, respectfully submits this report, which comes separately from the Joint Report filed this date by defendants for the reason that plaintiff's counsel were unable to confer together and communicate with counsel for Mr. Perles before the report of defendants was filed.

    The plaintiff believes the motion to disqualify should be stayed until the conclusion of the ADR process. The motion to disqualify describes a co-counsel relationship, in sum, in which the client was not Mr. Perles nor Mr. Fay, nor any venture between them. Plaintiff opposes the motion to disqualify, and submits that, for purposes of ADR, neither the lawyer-as-witness rule, nor any conflict of the kind which is alleged in the motion to disqualify, should have any

application in the context of mediation.

                                      Respectfully submitted,

                                      Karr & Allison, P.C.
                                      John W. Karr
                                      Theodore S. Allison

                                      By _____/s/   Theodore S. Allison_____

                                          Theodore S. Allison (D.C. Bar #441089)
                                          1300 19th Street, N.W., Suite 402
                                          Washington, D.C.  20036
                                          Telephone (202) 331-7600

                                          Attorneys for Plaintiff