**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **THOMAS F. FAY** | ) |
| | ) |
|       **Plaintiff,** | ) |
| | ) |
|       v. | )   Civil No. 1:05CV01209 |
| | ) |
| **STEVEN R. PERLES,** | ) |
| | ) |
|       and | ) |
| | ) |
| **GREENBERG TAURIG, LLP,** | ) |
| | ) |
|       **Defendants.** | ) |

## PRAECIPE ENTERING APPEARANCE

THE CLERK OF THE COURT shall please enter the appearance of Heather L. Kafetz, Esquire on behalf of Defendant, Steven R. Perles.

                              Respectfully submitted,

                              BREGMAN, BERBERT, SCHWARTZ & GILDAY, LLC

                              By:        /s/
                                          Douglas M. Bregman, Bar No. 218354
                                          Heather L. Kafetz, Bar No. 461941
                                          dbregman@bregmanlaw.com
                                          hkafetz@bregmanlaw.com
                                          7315 Wisconsin Avenue
                                          Suite 800 West
                                          Bethesda, Maryland 20814
                                          (301) 656-2707
                                          *Counsel for Defendant Steven R. Perles*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of February, 2008, a copy of the foregoing Praecipe was served upon the following by first class mail, postage prepaid, and by electronic mail:

>John W. Karr, Esq.
>Karr & Allison
>Suite 300
>1920 N Street, N.W.
>Washington, D.C. 20036
>*Counsel for Plaintiff*
>
>Eric C. Rowe, Esq.
>Geoffrey J. Greeves, Esq.
>Greenberg Traurig, LLP
>800 Connecticut Avenue, N.W.
>Washington, D.C. 20006
>*Counsel for Defendant Greenberg Traurig, LLP*

_____/s/_____
Heather L. Kafetz